IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ONYX THERAPEUTICS, INC. | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) |
| CIPLA LIMITED and CIPLA USA, INC. | ) |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

      Plaintiff(s) hereby provide(s) the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee(s) Received Notice: September 12, 2016

Date of Expiration of Patent: See Below**

Thirty Month Stay Deadline: January 20, 2020+

** 
| | |
|---|---|
| 7,417,042 - July 20, 2026 | 8,207,297 - April, 14, 2025 |
| 7,232,818 - April, 14, 2025 | 8,207,126 - April, 14, 2025 |
| 7,491,704 - April, 14, 2025 | 8,207,127 - April, 14, 2025 |
| 7,737,112 - December 7, 2027 | |
| 8,129,346 - April, 14, 2025 | |
| 8,207,125 - April, 14, 2025 | |

| | |
|---|---|
| 10/24/2016 | /s/ Jack B. Blumenfeld |
| Date | Attorney(s) for Plaintiff |

\+     Pursuant to 21 U.S.C. § 355(c)(3)(E)(ii), the stay deadline is January 20, 2020, due to New Chemical Entity status.