IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ONYX THERAPEUTICS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 16-988 (LPS) |
| v. | ) |
| | ) CONSOLIDATED |
| CIPLA LIMITED and CIPLA USA, INC., | ) (for discovery purposes only) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE TO DR. REDDY'S LABORATORIES, INC.
AND DR. REDDY'S LABORATORIES, LTD.
OF DEPOSITIONS PURSUANT TO FED. R. CIV. P. 30(b)(1)**

PLEASE TAKE NOTICE that at the below-listed dates and times, Plaintiff Onyx Therapeutics, Inc. ("Plaintiff") will, pursuant to Federal Rule of Civil Procedure 30(b)(1), take the discovery deposition upon oral examination at the offices of O'Melveny & Myers LLP (7 Times Square, New York, NY 10036) of the below-listed individuals.

Sumitra Ashok Pillai (March 8, 2018, 9:00 a.m.)
Jaya Lakshmi (March 9, 2018, 9:00 a.m.)
Nirmal Khati (March 13, 2018, 9:00 a.m.)
A. Malleswara Reddy (March 14, 2018, 9:00 a.m.)
Rajkumar Bhimrao Shinde (March 20, 2018, 9:00 a.m.)
Sujeet Kumar Singh (March 21, 2018, 9:00 a.m.)
Kishore P. Rewatkar (March 22, 2018, 9:00 a.m.)
Cynthia Medalle (March 28, 2018, 9:00 a.m.)
M. Srinivas Rao (March 29, 2018, 9:00 a.m.)
Lee Banks (March 30, 2018, 9:00 a.m.)

The depositions will be taken before a notary public or other officer authorized to administer oaths and will be recorded by both videotape and stenographic method with the capacity to provide instant visual display of the testimony. If the foregoing depositions are not completed on the dates set forth herein, the taking thereof shall continue from day to day thereafter, Saturdays, Sundays and holidays excluded, until completed. The depositions are

being taken for the purposes of discovery, for use at court hearings or trial, or for other purposes permitted under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Delaware.

Plaintiff reserves the right to notice additional individuals for deposition.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

_____
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiff*

OF COUNSEL:

Lisa B. Pensabene
Margaret O'Boyle
Carolyn Wall
Eberle Schultz
Jenny Liu
Will C. Autz
Meng Xu
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
(212) 326-2000

Wendy A. Whiteford
Erica S. Olson
Brian Kao
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
(805) 447-1000

February 13, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 13, 2018, upon the following in the manner indicated:

| | |
|---|---|
| Joseph J. Bellew, Esquire<br>COZEN & O'CONNOR<br>Chase Manhattan Centre<br>1201 North Market Street<br>Suite 1001<br>Wilmington, DE  19801<br>*Attorneys for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.* | *VIA ELECTRONIC MAIL* |
| Martin Pavane, Esquire<br>Marilyn Neiman, Esquire<br>COZEN & O'CONNOR<br>277 Park Avenue<br>New York, NY  10172<br>*Attorneys for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.* | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)