IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ONYX THERAPEUTICS, INC., )<br>)<br>Plaintiff, )<br>)<br>) C.A. No. 16-988 (LPS)<br>v. )<br>) CONSOLIDATED<br>CIPLA LIMITED and CIPLA USA, INC., ) (for discovery purposes only)<br>)<br>Defendants. ) | |

**PLAINTIFF'S NOTICE TO INNOPHARMA INC.
OF DEPOSITIONS PURSUANT TO FED. R. CIV. P. 30(b)(1)**

PLEASE TAKE NOTICE that at the below-listed dates and times, Plaintiff Onyx Therapeutics, Inc. ("Plaintiff") will, pursuant to Federal Rule of Civil Procedure 30(b)(1), take the discovery deposition upon oral examination at the offices of O'Melveny & Myers LLP (7 Times Square, New York, NY 10036) of the below-listed individuals.

Ketan Hippalgaonkar (March 1, 2018, 9:00 a.m.)
Christy Meng (March 2, 2018, 9:00 a.m.)
Arpitkumar Patel (March 7, 2018, 9:00 a.m.)
Gautam Gaitonde (March 8, 2018, 9:00 a.m.)
Satish Pejaver (March 9, 2018, 9:00 a.m.)
Awez M Pathan (March 22, 2018, 9:00 a.m.)
Deborah DuFresne (March 23, 2018, 9:00 a.m.)
Sasank Kunadharaju (March 28, 2018, 9:00 a.m.)
Michael Davidson (March 29, 2018, 9:00 a.m.)

The depositions will be taken before a notary public or other officer authorized to administer oaths and will be recorded by both videotape and stenographic method with the capacity to provide instant visual display of the testimony. If the foregoing depositions are not completed on the dates set forth herein, the taking thereof shall continue from day to day thereafter, Saturdays, Sundays and holidays excluded, until completed. The depositions are being taken for the purposes of discovery, for use at court hearings or trial, or for other

purposes permitted under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Delaware.

Plaintiff reserves the right to notice additional individuals for deposition.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

_____
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiff*

OF COUNSEL:

Lisa B. Pensabene
Margaret O'Boyle
Carolyn Wall
Eberle Schultz
Jenny Liu
Will C. Autz
Meng Xu
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
(212) 326-2000

Wendy A. Whiteford
Erica S. Olson
Brian Kao
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
(805) 447-1000

February 13, 2018

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 13, 2018, upon the following in the manner indicated:

| | |
|---|---|
| John C. Phillips, Jr., Esquire<br>David A. Bilson, Esquire<br>PHILLIPS GOLDMAN MCLAUGHLIN & HALL, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>*Attorneys for Defendant InnoPharma Inc.* | *VIA ELECTRONIC MAIL* |
| James F. Hurst, Esquire<br>Jeanna M. Wacker, Esquire<br>Sam Kwon, Esquire<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>*Attorneys for Defendant InnoPharma Inc.* | *VIA ELECTRONIC MAIL* |
| Christopher J. Citro, Esquire<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>*Attorneys for Defendant InnoPharma Inc.* | *VIA ELECTRONIC MAIL* |

/s/ *Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)