IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ONYX THERAPEUTICS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 16-988 (LPS) |
| v. | ) |
| | ) CONSOLIDATED |
| CIPLA LIMITED and CIPLA USA, INC., | ) (for discovery purposes only) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE TO SAGENT PHARMACEUTICALS, INC.
OF DEPOSITIONS PURSUANT TO FED. R. CIV. P. 30(b)(1)**

PLEASE TAKE NOTICE that at the below-listed dates and times, Plaintiff Onyx Therapeutics, Inc. ("Plaintiff") will, pursuant to Federal Rule of Civil Procedure 30(b)(1), take the discovery deposition upon oral examination at the offices of O'Melveny & Myers LLP (7 Times Square, New York, NY 10036) of the below-listed individuals.

Kalpesh Shroff (March 1, 2018, 9:00 a.m.)
Andrew Morbey (March 2, 2018, 9:00 a.m.)
Ravi Malhotra (March 6, 2018, 9:00 a.m.)
Alex Konstantinidis (March 7, 2018, 9:00 a.m.)
Shawn Cain (March 13, 2018, 9:00 a.m.)
Thomas McGrath (March 14, 2018, 9:00 a.m.)
John Hall (March 20, 2018, 9:00 a.m.)
Lisa Serricchio (March 21, 2018, 9:00 a.m.)
Natalija Doko Maltar (March 27, 2018, 9:00 a.m.)
Sheri Mace (March 28, 2018, 9:00 a.m.)

The depositions will be taken before a notary public or other officer authorized to administer oaths and will be recorded by both videotape and stenographic method with the capacity to provide instant visual display of the testimony. If the foregoing depositions are not completed on the dates set forth herein, the taking thereof shall continue from day to day thereafter, Saturdays, Sundays and holidays excluded, until completed. The depositions are being taken for the purposes of discovery, for use at court hearings or trial, or for other

purposes permitted under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Delaware.

Plaintiff reserves the right to notice additional individuals for deposition.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Lisa B. Pensabene<br>Margaret O'Boyle<br>Carolyn Wall<br>Eberle Schultz<br>Jenny Liu<br>Will C. Autz<br>Meng Xu<br>O'MELVENY & MYERS LLP<br>7 Times Square<br>New York, New York 10036<br>(212) 326-2000<br><br>Wendy A. Whiteford<br>Erica S. Olson<br>Brian Kao<br>AMGEN INC.<br>One Amgen Center Drive<br>Thousand Oaks, CA 91320-1789<br>(805) 447-1000<br><br>February 13, 2018 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Jack B. Blumenfeld*<br>_____<br>Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com<br><br>*Attorneys for Plaintiff* |

2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 13, 2018, upon the following in the manner indicated:

| | |
|---|---|
| Kenneth L. Dorsney, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE  19801<br>*Attorneys for Defendant Sagent Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Stephen R. Auten, Esquire<br>Jane S. Berman, Esquire<br>TAFT STETTINIUS & HOLLISTER LLP<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, IL  60601<br>*Attorneys for Defendant Sagent Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |

/s/ *Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)