IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ONYX THERAPEUTICS, INC.,            ) | |
| )                                    | |
| Plaintiff,        ) | |
| )                                    | C.A. No. 16-988 (LPS) |
| v.                ) | |
| )                                    | CONSOLIDATED |
| CIPLA LIMITED and CIPLA USA, INC., ) | (for discovery purposes only) |
| )                                    | |
| Defendants.       ) | |

**PLAINTIFF'S NOTICE TO MSN PHARMACEUTICALS, INC.
AND MSN LABORATORIES PRIVATE LIMITED
OF DEPOSITIONS PURSUANT TO FED. R. CIV. P. 30(b)(1)**

PLEASE TAKE NOTICE that at the below-listed dates and times, Plaintiff Onyx Therapeutics, Inc. ("Plaintiff") will, pursuant to Federal Rule of Civil Procedure 30(b)(1), take the discovery deposition upon oral examination at the offices of O'Melveny & Myers LLP (7 Times Square, New York, NY 10036) of the below-listed individuals.

Mr. Bharat Reddy (March 15, 2018, 9:00 a.m.)
Mr. Ravikumar Nityanandam (March 16, 2018, 9:00 a.m.)
Mr. Sekhar Reddy (March 22, 2018, 9:00 a.m.)
Mr. Prashant Chudasama (March 23, 2018, 9:00 a.m.)

The depositions will be taken before a notary public or other officer authorized to administer oaths and will be recorded by both videotape and stenographic method with the capacity to provide instant visual display of the testimony. If the foregoing depositions are not completed on the dates set forth herein, the taking thereof shall continue from day to day thereafter, Saturdays, Sundays and holidays excluded, until completed. The depositions are being taken for the purposes of discovery, for use at court hearings or trial, or for other purposes permitted under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Delaware.

Plaintiff reserves the right to notice additional individuals for deposition.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*

_____
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiff*

OF COUNSEL:

Lisa B. Pensabene
Will Autz
Margaret O'Boyle
Carolyn Wall
Eberle Schultz
Jenny Liu
Meng Xu
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
(212) 326-2000

Wendy A. Whiteford
Erica S. Olson
Brian Kao
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
(805) 447-1000

February 15, 2018

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 15, 2018, upon the following in the manner indicated:

| | |
|---|---|
| R Touhey Myer, Esquire<br>CAESAR RIVISE, PC<br>800 North King Street, Suite 304<br>Wilmington, DE  19801<br>*Attorneys for Defendants*<br>*MSN Pharmaceuticals, Inc. and*<br>*MSN Laboratories Private Limited* | *VIA ELECTRONIC MAIL* |
| Robert S. Silver, Esquire<br>Salvatore Guerriero, Esquire<br>Lynn Terrebonne, Esquire<br>Pei-Ru Wey, Esquire<br>Michael P. Hogan, Esquire<br>CAESAR RIVISE, PC<br>1635 Market Street<br>Seven Penn Center, 12th Floor<br>Philadelphia, PA  19103<br>*Attorneys for Defendants*<br>*MSN Pharmaceuticals, Inc. and*<br>*MSN Laboratories Private Limited* | *VIA ELECTRONIC MAIL* |

*/s/ Maryellen Noreika*

Maryellen Noreika (#3208)