**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ONYX THERAPEUTICS, INC., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 16-988-LPS |
| CIPLA LIMITED and CIPLA USA, INC., | ) **CONSOLIDATED** |
| Defendants. | ) |

**NOTICE OF SUBPOENA**

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26, 34 and 45, counsel for Defendants CIPLA Limited and CIPLA USA, Inc. (collectively, "CIPLA"), by and through its counsel of record, will cause the subpoena attached hereto as Exhibit 1 to be served upon Ligand Pharmaceuticals, Inc.

|  |  |
|---|---|
| | Respectfully submitted, |
| | ROSS ARONSTAM & MORITZ LLP |
| *Of Counsel*: | */s/ Benjamin J. Schladweiler* |
| | Benjamin J. Schladweiler (#4601) |
| Gurpreet Singh Walia, M.D. | 100 S. West Street, Suite 400 |
| FISHERBROYLES LLP | Wilmington, DE 19801 |
| 100 Duffy Street, Suite 510 | (302) 576-1600 |
| Hicksville, NY 11801 | bschladweiler@ramllp.com |
| (929) 429-5721 | |
| gurpreet.walia@fisherbroyles.com | *Counsel for Defendants CIPLA Limited and CIPLA USA, Inc.* |
| | |
| Joseph Schramm, III | |
| FISHERBROYLES LLP | |
| 100 Overlook Center 2nd Floor | |
| Princeton, NJ 08540 | |
| (856) 733-0220 | |
| joseph.schramm@fisherbroyles.com | |
| | |
| Richard G. Greco | |
| RICHARD G. GRECO PC | |
| 90 State Street, Suite 700 | |
| Albany, NY 12207 | |
| (212) 203-7625 | |
| rgreco@rggliberty.com | |

Dated: March 2, 2018

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Schladweiler, hereby certify that on March 2, 2018, a true copy of the foregoing *Notice of Subpoena* was served via electronic mail upon the following counsel of record:

Jack B. Blumenfeld
Maryellen Noreika
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
jblumenfeld@mnat.com
mnoreika@mnat.com

Wendy A. Whiteford
Brian Kao
AMGEN, INC.
One Amgen Center Drive
Thousand Oaks, California 91320-1799
wendy@amgen.com
bkao@amgen.com

*Counsel for Plaintiff Onyx Therapeutics, Inc.*

Lisa B. Pensabene
Margaret O'Boyle
Carolyn S. Wall
Eberle Schultz
Will C. Autz
Meng Xu
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
lpensabene@omm.com
moboyle@omm.com
cwall@omm.com
eschultz@omm.com
wautz@omm.com
mxu@omm.com

Jenny Liu
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
jianingliu@omm.com

*Counsel for Plaintiff Onyx Therapeutics, Inc.*

 */s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (#4601)