# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ONYX THERAPEUTICS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | )   REDACTED - PUBLIC VERSION |
| v. | )   C.A. No. 16-988-LPS |
| | ) |
| CIPLA LIMITED, *et al.*, | )   **CONSOLIDATED** |
| | )   *(for discovery purposes only)* |
| Defendants. | ) |
| | )   █████████ |
| | ) |

## LETTER TO THE HONORABLE LEONARD P. STARK FROM N. HOESCHEN

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
nhoeschen@shawkeller.com
*Attorneys for Defendants*
*Fresenius Kabi USA, LLC, and*
*Fresenius Kabi USA, Inc.*

OF COUNSEL:
John T. Bennett
Sundar Subramanyam
Eileen L. Morrison
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000

Huiya Wu
Joshua A. Whitehill
Aviv A. Zalcenstein
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
(212) 459-7355

Dated: April 10, 2018

# SHAW KELLER
## LLP

Nathan R. Hoeschen
I.M. Pei Building
1105 North Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0709
nhoeschen@shawkeller.com

April 10, 2018

**BY CM/ECF & HAND DELIVERY**
The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
Wilmington, DE 19801

  Re:  *Onyx Therapeutics, Inc. v. Cipla Ltd., et al.* (Consol.)*,* CA No. 16-988-LPS

Dear Chief Judge Stark:

This firm, along with Goodwin Procter LLP, represents defendant Fresenius in the above-captioned matter.  We write, together with defendants Cipla, Sagent, Breckenridge, and InnoPharma, (collectively "Defendants") regarding two discovery disputes.

First, Defendants seek to compel the depositions of four named inventors (Craig Crews, Barry Bunin, John Musser, and Ronald Borchardt) on patents asserted by Plaintiff Onyx, and listed in the Orange Book as covering Kyprolis**®**, the product at issue in this case.  Despite having been subpoenaed, these inventors, represented by Onyx's counsel, have refused to appear for depositions.  All of these individuals were involved in the development of carfilzomib, the sole active ingredient of Kyprolis**®** and a key element of each asserted patent.  Discovery into their contribution to the claimed inventions is plainly relevant to this case and should be permitted. Second, Defendants seek the production of a limited collection of documents from Yale University concerning the prior art compound YU-101.  Researchers at Yale, including one of the inventors resisting deposition, developed and licensed YU-101 to Proteolix, Onyx's predecessor-in-interest.  YU-101 is central to Defendants' invalidity defenses and the requested documents are relevant to these defenses.[1]

Onyx has sued the Defendants on nine patents, all of which claim carfilzomib, related compounds, formulations, and uses thereof.  *See, e.g.*, No. 16-1012, D.I. 1.  Defendants have pled affirmative defenses and counterclaims of invalidity, including double patenting, as to all of the asserted patents.  *See, e.g.,* No. 16-1012, D.I. 22.  At the heart of Defendants' invalidity defenses is the contention that a POSA would have found carfilzomib to be an obvious modification over the prior art compound YU-101, developed at Yale University ("Yale").

Beginning in November, 2017, Defendants served subpoenas on all of the inventors listed on the patents-in-suit, none of whom are now employed by Onyx, as well as a document subpoena on Yale seeking, *inter alia*, documents regarding YU-101.  Since early February, Defendants have repeatedly requested dates for the inventor depositions from Onyx's counsel.  On February 27, 2018, Onyx's counsel for the first time took the position that depositions of four subpoenaed inventors was not necessary, and proceeded to drop the patents on which these individuals were named as inventors.  Onyx has since offered to provide Craig Crews for deposition, but has

---

[1] Both the subpoenaed inventors and Yale have agreed to submit these disputes to this Court.

The Honorable Leonard P. Stark
Page 2

maintained its refusal on the remaining inventors.[2]  On the Yale subpoena, Onyx's counsel, representing Yale, objected to the subpoena as being overbroad.  Although Defendants offered to limit the request to three narrow categories of documents relating to YU-101, Onyx's counsel refused, insisting on providing only laboratory notebooks.  After two meet and confers, the parties reached a final impasse on March 20.

**The Court Should Compel the Subpoenaed Inventors' Depositions**

The subpoenaed inventors are named on patents claiming carfilzomib and contributed to its research and development.  For instance, Crews was a co-founder of Proteolix, and helped develop both carfilzomib and YU-101.  Yale's website[3] states that "Proteolix's lead compound, Carfilzomib/Kyprolis™, was developed by Craig Crews."  Ex. A.

And a published article describes Borchardt as a co-inventor of carfilzomib, calling it "a Proteolix compound coinvented by Ron and now manufactured and distributed by Amgen, Inc."  Ex. C at 380.

Deposition testimony from these individuals will be relevant to such issues as inventorship and obviousness, among others.  Courts frequently rely on inventor testimony to illuminate the motivations and expectations of POSAs with respect to an obviousness inquiry.  *See, e.g., Tris Pharma, Inc. v. Actavis Labs. FL, Inc.*, 276 F. Supp. 3d 226, 257 n.10 (D. Del. 2017) (relying on inventor testimony to reject nonobviousness argument).  Moreover, inventor testimony "is logically relevant to the determination of [an] action." *Amgen, Inc. v. Ariad Pharm., Inc.*, No. CIV.A. 06-259-MPT, 2007 WL 1425854, at *3 (D. Del. May 14, 2007) (rejecting an argument that providing ten out of thirteen inventors for deposition was sufficient, because "[o]bviously, each inventor's contribution to the invention or the patent is relevant.").

Because all of the patents in the case are directed to carfilzomib and related formulations, Onyx's representation that it is dropping certain patents that list the subpoenaed inventors does not eliminate the need for their deposition.  Testimony about how carfilzomib was developed and what contributions these individuals made to that effort is just as relevant to the patents Plaintiffs continue to assert as to the patents Plaintiffs seek to drop.  Moreover, these depositions may reveal that one or more of these individuals should have been listed as inventors on one or more of the patents Plaintiffs continue to assert.  Defendants should be permitted to further develop their invalidity defenses based on facts discovered in these depositions.

**Yale Should be Ordered to Produce Three Narrow Categories of Documents**

---

[2] On April 9, Onyx revealed that it had also offered Dr. Borchardt for deposition to two unidentified defendants, but that offer was not made to other Defendants.

[3] https://ocr.yale.edu/new-ventures.

The Honorable Leonard P. Stark
Page 3

Defendants seek from Yale three targeted categories of documents related to YU-101 that will support Defendants' double-patenting and obviousness positions.[4]  First, Defendants seek documents concerning rights that Yale and Onyx have in the patents-in-suit, or in patents covering YU-101, including licensing documents between Yale and Proteolix.  Such documents are relevant to double patenting, which requires that two patents have common inventorship, or common ownership.  *See, e.g., In re Hubbell*, 709 F.3d 1140, 1146 (Fed. Cir. 2013).  ████████████ ███████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████  The Federal Circuit has held that a party granted all substantial rights under a patent "is considered the owner regardless of how the parties characterize the transaction[.]"  *Azure Networks, LLC v. CSR PLC*, 771 F.3d 1336, 1342 (Fed. Cir. 2014), *judgment vacated on other grounds*, 135 S. Ct. 1846 (2015).  If Yale's licensing agreement with Proteolix transferred substantial rights in patent applications covering YU-101, that bears on double patenting.  Thus, these documents should be produced.

Second, Defendants seek documents related to the properties or effects of YU-101, which are relevant to the secondary consideration of unexpected results.  The unexpected results inquiry requires a comparison between the properties of the claimed invention (in this case carfilzomib) with the closest prior art, in this case YU-101.  Documents in Yale's possession regarding the properties of YU-101 are thus relevant and may undermine Plaintiffs' assertion of unexpected results.  The fact that Yale's documents are not in the public domain does not make them irrelevant.  Courts routinely consider documents and data that are not in the public domain when considering whether an invention exhibits unexpected results.  *See, e.g., Knoll Pharm. Co. v. Teva Pharm. USA, Inc.*, 367 F.3d 1381, 1384 (Fed. Cir. 2004).

Finally, Defendants seek documents related to the use of YU-101 as a lead compound, modifications to YU-101, and potential commercial applications of YU-101.  Defendants contend in this case that a POSA would have identified YU-101 as a lead compound and been motivated to modify it to arrive at carfilzomib.  The requested documents are relevant to how actual POSAs—the researchers at Yale—viewed YU-101 and its commercial potential.  This "real life" evidence is relevant at least to Defendants' lead compound contention and may undermine Plaintiffs' contention that YU-101 would not have been viewed as an attractive lead compound.  Indeed, Courts have repeatedly relied on similar evidence to assess obviousness. *See Warner Chilcott Co., LLC v. Teva Pharm. USA, Inc.*, 89 F. Supp. 3d 641, 667 (D.N.J. 2015), *aff'd*, 642 F. App'x 996 (Fed. Cir. 2016) (considering internal statements made from the patentee to determine how the POSA would view the safety of a prior art dose); *In re Copaxone Consol. Cases*, No. CV 14-1171-GMS, 2017 WL 401943, at *20 (D. Del. Jan. 30, 2017) (relying on non-public statements made to FDA to inform its analysis of the motivations of the POSA).

For these reasons, Defendants respectfully request that the Court compel the depositions of the subpoenaed inventors and production of the documents identified above from Yale.

---

[4] Yale has offered to produce YU-101 lab notebooks, but not the other documents requested.

Case 1:16-cv-00988-
The Honorable Leonard P. Stark
Page 4

Respectfully submitted,

*/s/ Nathan R. Hoeschen*

Nathan R. Hoeschen (No. 6232)

cc:     Clerk of the Court (by hand delivery)
        Counsel of Record (by e-mail)

# EXHIBIT A

Yale University



## New Ventures



### Access Scientific

Access Scientific is establishing a new standard of over-wire vascular access with its proprietary WAND® technology which is designed to provide the fastest, safest and simplest method of catheter insertion. The device was developed at Yale University by Dr. Michael Tal, an associate professor of radiology in at the Yale University School of Medicine and a recognized expert in the field of vascular access.



### Achillion Pharmaceuticals

Achillion Pharmaceuticals is an innovative leader in the discovery and development of small molecule drugs to combat the most challenging infectious diseases. The company was founded by Tommy Cheng, a Yale professor of pharmacology, and the New Haven-based startup raised $50.1 million in venture funding and another $41.8M through direct offering.

### Advanced Orthopedic Technologies

Advanced Orthopedic Technologies is commercializing an innovative approach to repairing cartilage lesions of the ankle and knee with allograft material or autografts using joints in the foot. The company is developing proprietary tools for obtaining, shaping and implanting cartilage grafts. This novel surgical approach was pioneered by Dr. John Reach, head of the Foot and Ankle Division of Orthopedics at Yale.



### Affomix

Affomix Corporation developed technology to permit high throughput production and screening of antibodies against virtually all human proteins, both as encoded and post-translationally modified, and was founded, in part, on research licensed by Affomix that was developed at a large pharmaceutical company.  The company was cofounded by two Yale scientists—Michael Snyder, who is now at Stanford,

and Sherman Weissman, Sterling Professor of Genetics at Yale. It was purchased by Illumina in July 2010.



## Ancera

Ancera uses a Yale-patented technology platform for the separation, detection and identification of minute concentrations of microorganisms, proteins or DNA from complex matrixes—including blood, food and cancerous tumors. The company was cofounded by Arjun Ganesan (SOM '12) and Hur Koser, a former Associate Professor of Electrical Engineering at Yale. Ancera's technology uses magnetic fields to manipulate biologic cells via a ferromagnetic fluid and the company anticipates that its technology platform will be useful in food safety testing, point-of-care diagnostics and in vitro diagnostics.




## Artizan Biosciences

Artizan Biosciences is based on the discovery made by founders Dr. Richard Flavell, Noah Palm, PhD, and Marcel de Zoete, PhD in Yale's Department of Immunobiology that they could distinguish certain pathogenic bacteria from the remainder of the intestinal microbiota. The ability to target these specific bacteria could lead to treatment options for a number of digestive disorders as well as other diseases including obesity, autoimmune disease, and a wide variety of skin, lung and central nervous system diseases.

## Arvinas

Arvinas is a pharmaceutical company focused on developing novel therapeutics to treat a variety of diseases including cancer, pro-inflammatory, autoimmune and rare diseases. Central to Arvinas' proprietary approach is the targeting of disease-causing proteins for degradation thus eliminating them from the body. This new class of drugs could target proteins that are not currently 'druggable' using a small molecule approach. Arvinas is built on the research of Craig Crews, Lewis B. Cullman Professor of Molecular, Cellular and Developmental Biology and professor of Chemistry and Pharmacology at Yale.

## AUCMOS

Based on the work of Tso-Ping Ma, AUCMOS is implementing a unipolar cmos layout in Si-based IoT circuits and smart sensors to reduce fabrication cost and power consumption.

### BeCaid

A "sister company" of New Haven-based C8 Sciences, BeCaid China is developing Internet-delivered brain development programs that are integrated with physical exercise for the Chinese market. Cofounded by Yale's Bruce Wexler and Jinxia Dong.



### Biohaven Pharmaceuticals

Biohaven is a clinical-stage biopharmaceutical company with a portfolio of innovative, late-stage product candidates targeting neurological diseases, including rare disorders. Founders include Vlad Coric, John Krystal and Gerard Sanacora from Yale Deparptment of Psychiatry.



### C8 Sciences

C8 Sciences is a scientifically-based cognitive cross training program shown to increase test scores. Designed neuroscientists from Yale University, the program integrates web-based computer games and physical exercise, and strengthens core cognitive capacities such as attention, memory, and focus for Kindergarten through third grade. Bruce Wexler, professor emeritus of psychiatry at Yale School of Medicine, is one of the cofounders.



### CardioPhotonics

CardioPhotonics has developed proprietary technology to identify and develop noninvasive products which detect and interpret changes in fluid volume. Their first product is specifically designed to measure blood volume in emergency care facilities that will allow doctors to facilitate clinical decisions and improve patient outcomes. The company was founded in 2009, based on technology resulting from the research of two professors of anesthesiology at Yale: Kirk Shelley and David Silverman.

### Carogen Corporation

CaroGen Corporation is an emerging biopharmaceutical company with an entirely new vaccine platform technology developed by John Rose, Professor of Pathology, at Yale University School of Medicine. The company has developed viral-based technology to produce recombinant protein nanoparticle vaccines for viruses, bacteria and parasites. The company is developing a portfolio of vaccine candidates

targeting hepatitis B virus, and potentially hepatitis C and other viral agents.

### CavtheRx

CavtheRx is focused on the development of a novel class of modulators of caveolin function with applicability to multiple sclerosis, uveitis, inflammatory bowel disease and traumatic brain injury. The core technology was developed in the laboratory of Yale Professor William Sessa and enables the modulation of signal transduction in vascular endothelial cells by a wide variety of cytokines.



### CGI Pharmaceuticals

CGI Pharmaceuticals was a development-stage pharmaceutical company that has leveraged its small molecule chemistry and kinase biology expertise to discover and develop an innovative pipeline of small molecule therapeutics for multiple oncology and immunology-based indications. It was founded by Mark Velleca, Assistant Clinical Professor of Laboratory Medicine at Yale, and acquired by Gilead Sciences in June 2010.

### ContraMed

ContraMed is an early-stage company that was founded to develop novel contraceptive devices which are intended to dramatically change the paradigm of sterilization and intra-uterine devices by being minimally invasive and inserted on an outpatient basis. The company's technology has been exclusively licensed from Yale University and is based on the inventions of Michael Tal, assistant professor at Yale and attending physician at Yale New Haven Hospital.



### CoolSpine

CoolSpine™ is a medical device spin-out from Yale University that has developed a cerebral spinal fluid cooling platform designed to induce localized hypothermia and prevent neurological injuries such as paraplegia and brain damage by reducing the consequences of spinal cord and cerebral ischemia. It was cofounded by Dr. John Elefteriades, William W.L. Glenn Professor of Cardiothoracic Surgery and Chief of Cardiothoracic Surgery at Yale University and Yale New-Haven Hospital.





### Cybrexa Therapeutics

Cybrexa Therapeutics is an oncology-focused biotechnology company based on the work of Yale facutly Ranjit S. Bindra and Peter Glazer. Cybrexa is developing an entirely new class of small molecule DNA repair inhibitors that directly target the tumor microenvironment.



### Dot Laboratories

Dot Lab has developed the first non-invasive test for endometriosis, based on work by Yale Professor Hugh Taylor.



### GestVision

GestVision, led by founder and CEO Wendy Davis, A Yale School of Mangament alumna, is commercializing a point of care diagnostic test for preeclampsia based on inventions by former Yale faculty Irina Buhimschi. GestVison was part of the YEI Venture Creation program.



### GLG Pharma

GLG Pharma, a Florida biotechnology company, is developing a series of patented inhibitors to treat a wide variety of cancers with potentially greater efficacy and fewer side effects than existing therapies. The company was cofounded by Andrew Hamilton, former Provost and former chair of the Dept. of Chemistry at Yale who is currently Vice-Chancellor of the University of Oxford.



### goBlue

goBlue combines mindfulness training with 21st century technology in order to help people improve their life and work. The foundational research that underlies goBlue's technology was developed at Yale University in the lab of Judson Brewer, assistant professor of psychiatry at Yale. The company's web/smartphone smoking cessation program has been shown to be twice as effective as the leading quit smoking therapy.



### Great Basin Corporation

Great Basin Corporation is dedicated to developing simple yet powerful point-of-care technology and products that improve automation, throughput, scalability, reliability and ease-of-use in sample-to-result molecular diagnostic testing. The company is licensing thin-film biosensor technology

developed by founder David C. Ward while at the Yale University School of Medicine.



## Hadapt

Hadapt has developed the industry's only Big Data analytic platform natively integrating SQL with Apache Hadoop. The unification of these traditionally segregated platforms enables customers to analyze all of their data in a single platform. The company was founded by Yale computer science professor Daniel Abadi and Justin Borgman, a former student with the Yale School of Management. Hadapt was acquired by Teradata in July 2014.



## HistoRx

HistoRx is developing novel diagnostic solutions to enable new approaches to individualized patient care. Specifically, the company is focused on analysis of protein biomarkers using its proprietary technology and then correlating protein expression with disease outcome. Three breast cancer assays were launched in 2010. The company, founded by David Rimm, M.D., and Robert Camp, M.D., both in the Department of Pathology at Yale, was acquired by Genoptix in Sept. 2012.



## Hygeia Therapeutics

Hygeia Therapeutics is developing topical hormone therapeutics to treat acne, excess facial hair, baldness and vulvar and vaginal atrophy. These therapies are based on patents held by Yale University and developed at Yale Medical School. Now part of Diffusion Pharmaceuticals.



## Iconic Therapeutics

Iconic Therapeutics is an Atlanta, Georgia-based biopharmaceutical company with an exclusive license on issued Yale University patents for a novel recombinant protein called hI-con1™. This protein triggers natural killer cells to selectively destroy cells related to age-related macular degeneration and cancer.

## IGIA Pharmaceuticals

Developing a therapeutic for pediatric congenital heart disease, based on work by Anton Bennett, Yale Professor of Pharmacology and of Comparative Medicine.



### Immunova

Immunova has a proprietary Nanolipogel™ platform to deliver desired combinations of drugs in nanoparticle formulations to the disease microenvironment. Immunova's scientific co-founders are Tarek Fahmy, Yale Associate Professor of Biomedical Engineering and of Immunobiology and Ephraim Fuchs of Johns Hopkins.

### Inozyme

Inozyme is working on a therapeutic for rare cardiac disease and is based on the work of Yale Associate Professor of Pathothogy, Demetrios Braddock.



### Insero Health

Insero Health is a clinical stage company that discovers and develops small molecule therapies derived from natural products to address significant unmet needs in neurological diseases. Insero is a spinout of Harvard Medical School and has licensed technology from Yale University to support its clinical, research and discovery programs. The company's initial target is epilepsy.



### IsoPlexis

IsoPlexis has a proprietary single-cell immunoassay and software suite that emerged from the lab of Rong Fan, assistant professor of biomedical engineering at Yale, together with Yale students Kara Brower and Sean Mackay. The startup was formed through the Technology Commercialization Program at the Office of Cooperative Research and the Yale Entrepreneurial Institute.



### JS Genetics

JS Genetics develops and markets proprietary, low cost, high value DNA diagnostic tests for underserved medical conditions in newborns, children, and adolescents. Cofounder Jeff Gruen is an associate professor of Pediatrics, Genetics and Investigative Medicine Program at Yale; cofounder Scott Rivkees was a professor of pediatrics at Yale and director of the Yale Child Health Research Center who is

now professor and Chairman of Pediatrics at the University of Florida.



### Kleo Pharmaceuticals

Based on discoveries by David Spiegel, Yale Professor of Chemistry, this biotechnology company is pioneering a new class of immunotherapies utilizing small molecules to activate an individual's own immune system to fight against cancers and infectious diseases.



### Kolltan Pharmaceuticals

Kolltan Pharmaceuticals is developing cancer therapeutics. Kolltan's primary targets derive from seminal discoveries made in the laboratory of Joseph Schlessinger, chairman of the Department of Pharmacology at the Yale School of Medicine. Kolltan was acquired by Celldex in November 2016.

### L2 Diagnostics

L2 Diagnostics is a Yale-based company that is working to develop diagnostics and therapeutics for Lyme Disease, West Nile Virus, Tuberculosis and other diseases.



### LIFNano Therapeutics

LIFNano Therapeutics was founded by Tarek Fahmy, Yale Associate Professor of Biomedical Engineering and of Immunobiology, and his collaborator Su Metcalfe at University of Cambridge. A nano-therapeutic approach focused on targeted delivery of the biologic, Leukemia Inhibitory Factor (LIF), is being developed to treat chronic inflammatory diseases, initially multiple sclerosis.

### M/Z Diagnostics

MZ Diagnostics develops, validates, and commercializes diagnostic applications for implementation on mass spectrometry platforms that address critical clinical needs. The company was cofounded by Michael E. Hodsdon, associate professor of laboratory medicine and of pharmacology and associate director of the Clinical Chemistry Laboratory at Yale; Thomas Murray, assistant professor of laboratory medicine at Yale; and David Ryan Peaper, assistant professor of laboratory medicine and director of the Clinical Microbiology Laboratory at Yale.



## Melinta Therapeutics

Melinta Therapeutics is dedicated to discovering, developing and commercializing urgently needed, groundbreaking antibiotics to overcome drug-resistant, life-threatening infections. Antibiotics being developed by the company stem from the groundbreaking research of two Yale professors—Thomas Steitz in molecular biophysics and biochemistry and Peter Moore in chemistry.



## Mental Canvas

A software company that is developing a new class of graphical-media-design system developed by Yale Professor Julie Dorsey that lies between today's 2D digital draw-and-paint systems and 3D computer-aided design systems.



## MGS Research

MGS Research, based in Madison, Connecticut, is dedicated to inventing, developing and commercializing new products and services in the area of three-dimensional radiation dosimetry for therapeutic and diagnostic radiology. The company was founded by three co-inventors at Yale: Marek J. Maryanski, John C. Gore and Robert J. Schulz.

## MIFCOR

MIFCOR is commercializing MIF-based therapeutics that treat ischemic conditions (reduce tissue damage from disease) in the heart, kidney, and brain, as well as in peripheral vascular disease. The compounds also have application to organ transplant. The company is based on discoveries by Richard Bucala, M.D., Ph.D, Yale Professor of Medicine.



## MiraDx



MiraDx has a mission to dramatically improve assessment of individual cancer risk and cancer biology through the development of genetic markers. The company has licensed technology from Yale related to microRNA-disrupting genetic variants that can be used to predict a patient's risk of developing triple negative breast cancer.



## Modulate Therapeutics

Modulate Therapeutics is a special purpose company created to develop one compound, IMM-01, to proof-of-concept. The nanogel delivery system platform was developed in the lab of Tarek Fahmy, Yale Associate Professor of Biomedical Engineering and of Immunobiology.



## NextCure

NextCure is focused on discovering and developing next generation immunotherapy-based biologics for cancer and other immune-related disorders. NextCure was founded by Lieping Chen, M.D., Ph.D., United Technologies Professor of Cancer Research, Professor of Immunobiology, Dermatology, and of Medicine at the Yale School of Medicine.



## Novatract Surgical

NovaTract is a venture-backed startup company founded to develop new, innovative laparoscopic medical devices for surgeons to take minimally invasive surgery to the next level of ease and simplicity.  The company's entry product addresses the need to increase visibility by using fewer instruments, provide dynamic retraction, and reduce the number of trocar ports and incisions. The company, founded by Kurt Eric Roberts, Associate Professor of Surgery (Gastrointestinal) at Yale, was acquired by Caldera Medical in 2016.

## Nucleus Therapeutics

Nucleus Therapeutics Pty Ltd is developing an anti-DNA antibody platform discovered by James Hansen and Peter Glazer in Yale's department of Therapeutic Radiology. Acquired by Patrys.



## Oasys Water

Founded by environmental engineering doctoral student Rob McGinnis ('02, Ph.D. '09), Oasys uses a Yale-patented technology for forward osmosis that relies on a proprietary solution to draw salt out of seawater to produce drinking water after vaporization at much lower temperatures than other thermal desalination. Oasys' technology is now being used to clean water used in hydraulic fracturing operations.

## Omnis Pharmaceuticals



Omnis Pharmaceuticals is a clinical stage biotechnology company dedicated to delivering groundbreaking virus-based therapies for cancer patients, based on discoveries by John K. Rose, Yale Professor of Pathology. Omnis' lead program employs the VSV (vesicular stomatitis virus) platform, which has been strategically engineered to selectively destroy cancer without harming normal tissues. Omnis Pharma and Magnis Therapeutics merged to form Vyriad, a clinical-stage oncolytic immunovirotherapy development company in March 2016.



### Optherion

Optherion is a biotechnology company that is developing diagnostic and disease-modifying products for the management and treatment of dry and wet Age-Related Macular Degeneration and other chronic diseases. Dry AMD is the leading cause of blindness in people over 60 in the developed world. The company is licensing IP from Josephine Hoh, associate professor of epidemiology at Yale.



### Osmol Therapeutics

Osmol Therapeutics is developing a therapy for the treatment of Chemotherapy Induced Peripheral Neuropathy (CIPN) and Neurologic Impairment, based on work discovered by Yale Professor Barbara Ehrlich.



### P2 Science

P2 Science is a renewable chemicals company that has developed a unique bio-refining process for the conversion of biomass, including vegetable oils, into high-value specialty chemicals including flavor and fragrance ingredients. Patrick Foley, a graduate of the PhD program in Environmental Engineering at Yale, is P2's Chief Scientific Officer.

### Pathway Oncology

This specialty oncology company and its novel cancer drug candidate GGTI-2418 was acquired by Prescient Therapeutics in May 2014. Former Yale Professor Andrew Hamilton and the Moffitt Cancer Center were involved with the invention.

### pHLIP

Detecting, targeting and treating acidic diseased tissue using selective insertion and folding of membrane peptides. The primary application market is oncology. This is a collaboration between Donald Engelman, Eugene Higgins Professor of Molecular Biophysics and Biochemistry at Yale and laboratories at the University of Rhode Island.



### PhytoCeutica

Tommy Cheng, Henry Bronson Professor of Pharmacology at Yale, cofounded Phytoceutica with Yale to develop herbal therapeutics for cancer. It was acquired by Kadmon Pharmaceuticals in Oct. 2010.



### Precipio Diagnostics

Through exclusive agreements with Yale School of Medicine and Yale-New Haven Hospital, Precipio offers comprehensive pathology reports to oncologists, hospitals and patients. Precipio has also licensed cutting-edge diagnostic tests and technologies from Yale, such as the tumor profiling testing suite and a patented prognostic biomarker for ovarian cancer, discovered at Yale.



### Prevention Pharmaceuticals

Prevention markets patented and clinically proven products which have been tested on humans to demonstrate their claimed health benefits and holds licenses from Yale.



### Proteolix

Proteolix was a biopharmaceutical company focused on discovering and developing novel therapies that target the proteasome for the treatment of hematological malignancies and solid tumors. Proteolix's lead compound, Carfilzomib/Kyprolis™, was developed by Craig Crews, Lewis B. Cullman Professor of Molecular, Cellular, and Developmental Biology at Yale. The company was acquired by Onyx Pharmaceuticals for $276 Million in Oct. 2009.



### Protometrix

Protometrix was a biotechnology company focused on the production and investigation of the function and interaction of proteins in parallel using nanoscale technology and collecting that information in an informatics database. The technology was developed by Michael Snyder, a former Yale

molecular biologist who is now professor and chair of genetics at Stanford. The company was acquired by Invitrogen in April 2004.



### Quantum Circuits, Inc.

QCI's long-term goal is to develop, manufacture, and sell the first practical and useful quantum computers based on superconducting devices. Along the way to building a quantum computer, QCI will commercialize the components, devices, and software that will accelerate basic research and enable the scaling of quantum computing. QCI was founded by three scientists from the Department of Applied Physics at Yale University: Michel Devoret, Luigi Frunzio, and Robert Schoelkopf.



### Rachiotek

Rachiotek is developing the Stabilimax™ Dynamic Spine Stabilization System, a posterior dynamic stabilization device designed to support an injured or degenerated spine without eliminating motion. The device was developed at Yale University Medical School.



### ReNetX Bio

ReNetX Bio, formerly known as Axerion Therapeutics, is a private New Haven-based biotechnology company focused on developing innovative therapeutics for neurological diseases and injuries with significant unmet medical need, including Alzheimer's disease and spinal cord injury. ReNetX is developing and commercializing intellectual property licensed from Yale University based on work done by Dr. Stephen Strittmatter, Vincent Coates Professor of Neurology and Professor of Neurobiology at Yale.



### Saphlux

The world's first mass-producible semi-polar GaN materials on a large-size wafer with the ability to revolutionize lighting, developed by Yale Professor Jung Han.



### Seldera

Seldera is developing scalable, secure, intelligent sensing solutions for building energy efficiency. The company is headquartered in New Haven, Conn., and was founded by Andreas Savvides, former Barton L. Weller Associate

Professor of Electrical Engineering and Associate Professor of Computer Science at Yale. Seldera is now an Ameresco Company.



### SilviaTerra

Cofounded by Max Uhlenhuth (YC '12) and Zack Parisa (FES '09), SilviaTerra's proprietary software uses satellite images with limited ground monitoring for cost-efficient and accurate forest management from afar. The company, which launched from a Yale Entrepreneurial Institute Summer Fellowship, has now worked with hundreds of foresters and has developed a free app—Plot Hound—for navigating and recording tree data on the go.



### Sonic Golf

Sonic Golf's electronically enabled, intelligent golf clubs use patented audio biofeedback developed by Yale physicist Robert Grober to revolutionize the way people learn, practice and play golf.



### Spring Care

Spring Care is an online data-driven tool that matches depression patients with treatment options to which they are more likely to respond. Yale students Adam Chekroud GRD '20, Abhishek Chandra '16 and April Koh '16 started Spring Care based on an algorithm devised by Chekround as part of his PhD in psychology.

SupercooMetals

### Supercool Metals

Supercool Metals commercializes bulk metallic glasses (BMGs). BMGs, also called Liquidmetals or amorphous metals, look like ordinary metal solids but are stronger than steel and can easily be shaped like plastics. Supercool uses sheets as a versatile feedstock material, allowing customers to fabricate complex shapes with precision and ease. The processing method is based on recent scientific discoveries by Jan Schroers, a Yale University professor of mechanical engineering and materials science.



### TeraPore Technologies

TeraPore Technologies is a Cornell-Yale University spinout that develops and manufactures high performance filters for protein separations.





### TransImmune AG

Physiologic Immunotherapy of Cancer and Auto-aggressive Immunologic Disorders. Researchers and physicians at Medical School of Dermatology have been among the pioneers of the extracorporeal photopheresis and transimmunization and maintain a strong position in that field. Transimmune works closely with the Professor Edelson's lab to build on the previous decades of insight surrounding extracorporeal photopheresis.



### Tummyzen

Tummyzen is an over-the-counter immediate release antacid supplement. The product is based on innovative, patented research by Dr. John Geibel, Vice Chair of Surgery at Yale. The active ingredients are classified by the FDA as GRAS (Generally Regarded as Safe), and the zinc-based formula is as effective and lasts four times longer than calcium carbonate, the leading active ingredient in common antacids on the market today. Tummyzen has a regional distributor and is anticipating national expansion.



### Vascular Insights

Vascular Insights develops, manufactures and markets devices to treat varicose vein disease, based on technology invented by Michael Tal, M.D., assistant professor of diagnostic radiology and director of research interventional radiology at Yale University School of Medicine.



### VaxInnate

VaxInnate has developed a dramatically improved vaccine platform and vaccines for infectious diseases, including seasonal and pandemic flu, dengue and Clostridium difficile. The company was founded in 2002 by Ruslan Medzhitov and Richard Flavell, both of Yale University and Howard Hughes Medical Institute and leaders in the field of innate immunity.



### Vedanta Biosciences

Vedanta is using its proprietary platform to discover and develop a novel class of drugs that modulate pathways of interaction between the human microbiome and the host

immune system to treat disease. It was cofounded by Ruslan Medzhitov, David W. Wallace Professor of Immunobiology at Yale School of Medicine, who has pioneered our current understanding of the innate immune system.

### Verinomics

Startup founded by Stephen Dellaporta, Yale Professor of Molecular, Cellular, and Developmental Biology. Verinomics uses genomics, computational biology and statistical analysis to provide solutions for crop improvement.



### Vidus Ocular

Vidus Ocular was developing the Aquashunt,™ a glaucoma drainage device that can relieve elevated pressure in patients with or at risk for the development of glaucoma. It was cofounded by Dr. Bruce Shields, Marvin L. Sears professor and chairman emeritus of the Department of Ophthalmology at Yale School of Medicine. The company was acquired by Opko Health in May 2008.



### Vutara

Vutara enables researchers to study the structures and processes of cells at the single-molecule level by delivering the first ever super-resolution, single-molecule localization microscope with 3D capability. Vutara's ResEnhanced technology employs proprietary algorithms developed by Joerg Bewersdorf and his lab at Yale to acquire super-resolved images in seconds.



### Yiviva

Yiviva is a biotechnology company, co-founded by Yale University, Yung-Chi Cheng, PhD, Peikwen Cheng, MBA, and Shwu-Huey Liu, PhD, to develop evidence-based botanical products to address aging-associated diseases.

Copyright © 2018 Yale University · All rights reserved · Privacy policy

# EXHIBIT B
## REDACTED

# EXHIBIT C

Journal of Pharmaceutical Sciences 105 (2016) 370–385



Contents lists available at ScienceDirect

# Journal of Pharmaceutical Sciences

journal homepage: www.jpharmsci.org



General Commentary

# A Tribute to Ronald T. Borchardt—Teacher, Mentor, Scientist, Colleague, Leader, Friend, and Family Man



Katharine Barbara Schowen [1], Richard L. Schowen [2], Susan E. Borchardt [3], Paul M. Borchardt [3], Per Artursson [4], Kenneth L. Audus [5], Patrick Augustijns [6], Joseph A. Nicolazzo [7], Thomas J. Raub [8, *], Christian Schöneich [9], Teruna J. Siahaan [9], Yoshi Takakura [10], Dhiren R. Thakker [11], Michael S. Wolfe [12]

[1] Department of Chemistry, The University of Kansas-Lawrence, Lawrence, Kansas 66045
[2] Departments of Chemistry, Molecular Biosciences and Pharmaceutical Chemistry, The University of Kansas-Lawrence, Lawrence, Kansas 66047
[3] Lawrence, Kansas 66047
[4] Department of Pharmacy, Uppsala University, Uppsala SE-751 23, Sweden
[5] School of Pharmacy, The University of Kansas-Lawrence, Lawrence, Kansas 66047
[6] Drug Delivery and Disposition, Department of Pharmaceutical and Pharmacological Sciences, KU Leuven, Leuven 3000, Belgium
[7] Drug Delivery, Disposition and Dynamics, Monash Institute of Pharmaceutical Sciences, Monash University, Parkville, Victoria 3052, Australia
[8] Drug Disposition, Lilly Research Laboratories, Eli Lilly and Company, Indianapolis, Indiana 46285
[9] Department of Pharmaceutical Chemistry, The University of Kansas-Lawrence, Lawrence, Kansas 66047
[10] Department of Biopharmaceutics and Drug Metabolism Graduate School of Pharmaceutical Sciences, Kyoto University, Kyoto 606-8501, Japan
[11] Division of Pharmacotherapy and Experimental Therapeutics, Eshelman School of Pharmacy, The University of North Carolina at Chapel Hill, Chapel Hill, North Carolina 27599
[12] Ann Romney Center for Neurologic Diseases, Brigham and Women's Hospital, Harvard Medical School, Boston, Massachusetts 02115

## Introduction

In reflecting on his extensive career, Ronald T. Borchardt (known to his students, colleagues, friends, and family members as "Ron"), who is a Distinguished Professor Emeritus at The University of Kansas-Lawrence (KU), has told many of his friends and colleagues that he would like for them to look back on his accomplishments and know that, in the words of Frank Sinatra, "I did it my way." As this Dedicated Issue of the Journal of Pharmaceutical Sciences reflects on the vast impact Ron has had in several areas of science through his role as teacher, mentor, scientist, and collaborator, we should also take the time to reflect on the ways in which the unique culmination of his life's choices have led to these contributions. It is a life marked by distinctive and singular achievements, by personal and public successes, and an instructive demonstration of one who has blazed a trail from humble beginnings in a small town in Central Wisconsin to a very successful career at KU. Ron was not born an exception. However, through his hard work, dedication, and the support of his family and colleagues, he has become an exception, a "Giant in the Pharmaceutical Sciences," by doing it his way.

## Early Life and Influences

Born February 18, 1944, in Wausau, Wisconsin, Ron came from humble beginnings. His mother (Helen) worked in the

lunchroom at a nearby middle school and his father (Martin) worked in a local factory. Although Ron's parents were working class people, with no more than a grade-school education, they encouraged Ron and his older sister Judi (Borchardt) Eckhart to see the value in their education and supported that throughout their lives.

In what may be a surprise to many of Ron's former graduate students, postdoctoral fellows, colleagues, and collaborators, his sister recalls that Ron was never a good student, not in elementary, middle, or high school. She remembers him as a B-C student whose focus was more on skating at the local ice rink and playing baseball and basketball. However, he was not totally unproductive in his early years. Even as a young man, Ron worked hard to earn his way, for example, mowing lawns, shoveling snow, delivering newspapers, and landscaping were among the tasks he pursued. It was his summer job at a local factory after graduating from high school that convinced Ron that college may be a better option than the backbreaking labor of loading bags of roofing granules onto rail cars.

Though Ron's focus was often more on sports and work than academics during this period, he learned other valuable lessons pursuing these interests, namely, hard work, collegiality, and mentorship. Though Ron had the heart to be a basketball player, he did not have the talent. His high school basketball coach, Marshall Taylor, found a way to use Ron's talents as a manager of the team that won the 1960 Wisconsin State Championship. "Coach Marsh" led by example, providing a role model for the young men on his team, showing them how to be gentlemen. Ron remembers

* Correspondence to: Thomas J. Raub (Telephone: +317-651-2330; Fax: +317-433-2473).
E-mail address: raubtj@lilly.com (T.J. Raub).

http://dx.doi.org/10.1016/j.jps.24687
0022-3549/© 2016 American Pharmacists Association®. Published by Elsevier Inc. All rights reserved.

K.B. Schowen et al. / Journal of Pharmaceutical Sciences 105 (2016) 370–385



Distinguished Professor
Emeritus Ronald T. Borchardt

learning from him how to motivate and to provide a positive impact in the lives of young people, a lesson central to his own success as a teacher and mentor at KU.

So, despite the lack of early academic excellence, Ron always embodied many of the qualities that eventually led to his success: an ability to lead others, to control situations, to take in information, and a willingness to work hard.

## College Life and an Academic Transition

Even with Coach Marsh's advice to Ron to pursue his "intellectual talents" over pursuing basketball, Ron still took some time to ultimately focus on his academics. A former classmate in the School of Pharmacy at the University of Wisconsin-Madison (UW), Judith Thompson (Clinical Associate Professor-Emeritus at UW) recalls that Ron probably spent his initial semesters of prepharmacy at the University of Wisconsin-Marathon County playing too much Bridge and having too much fun outside the classroom. However, after transferring to UW at Madison to begin his studies in the School of Pharmacy, Ron's focus began to change.

Both Ron's sister Judi and his classmate in the School of Pharmacy, Judy Thompson, recall his experience in organic chemistry at UW as the point at which they witnessed a change in the seriousness with which he took his studies. His sister recalls that many of her own friends struggled greatly with organic chemistry. However, Ron "breezed" through this course with great joy. She believes organic chemistry turned Ron around academically and "opened the door to science" for him.

Judy Thompson recalls although many of Ron's classmates in the School of Pharmacy wanted to start small businesses as pharmacists when they graduated, Ron was part of a smaller group in the class of 1967 who focused on earning advanced degrees and pursuing careers in academia or industry in the pharmaceutical

sciences. Because the Pharmacy Program at UW was relatively small, about 100 students in a class, peers became more like family in what Judy Thompson calls "an enriched research environment." Judy says that being in Madison really "lit a fire under [Ron]." His focus became tighter, and he became almost like a "heat-seeking missile" with respect to learning new things. Furthermore, because he "learns things to a degree that other people do not," he became very successful in his academic endeavors in the School of Pharmacy at UW.

Although Ron's parents placed great emphasis on the education of their children, they did not have the financial means to pay their children's room and board and tuition at UW. Therefore, Ron had to work each step of the way for his undergraduate education. In the School of Pharmacy at UW, Ron found work that would change his career trajectory from becoming a pharmacist to becoming a pharmaceutical scientist. Ron's job involved doing all of "the dirty work" in Professor Morris Kupchan's research laboratory. However, the time that Ron spent doing everything from washing dishes, to collecting plants, to extracting potential anticancer drugs from plants, became pivotal for his decision to pursue a career in science instead of becoming a pharmacist. After working in Professor Kupchan's research laboratory for approximately 2 years, Ron officially became a member of the "Research Team" when Professor Kupchan gave Ron his first research project. This research project ultimately gave raise to Ron's first scientific paper in the Journal of Organic Chemistry.[1]

Judy Thompson also reminds us of another aspect of Ron's early academic life that has advanced throughout his career, his collegiality. She notes that although many students who are at the top of the class often feel overly competitive, sometimes even sabotaging one another's success, Ron was "diametrically opposed" to this behavior. She remembers that if she ever needed any kind of help, he was there. "It didn't matter if I scored better," she recalls. "He was the epitome of a colleague."

As Ron neared the end of his undergraduate education (B.S. degree in Pharmacy, 1967) at UW, he made a key decision to follow the advice of a trusted faculty advisor, which was to contact Professor Edward E. Smissman at KU to discuss graduate studies. Professor Smissman, who was a former faculty member at UW, had moved 5 years earlier to KU to assume a Distinguished Professorship and the Chairmanship of the Department of Medicinal Chemistry.

Ron and his wife, Pamela (Pam), his college sweetheart whom he married in 1966, say they were very impressed by the way Professor Smissman and his wife Clare interacted with graduate students and their academic colleagues during their very first meeting with the Smissmans in December 1966. Even in their early correspondence regarding Ron's application to Graduate School at KU, one can see Professor Smissman's attention to detail, his thoroughness as well as his kindness and generosity in answering each question that Ron posed. Ron ultimately accepted the offer from Kansas and he and Pam moved to Lawrence in June 1967 so Ron could start his graduate studies under the direction of Professor Smissman in Medicinal Chemistry at KU. Professor Smissman's influence on Ron cannot be overstated and, in time, Professor Smissman would become like a second father to Ron.

## Graduate Education With Professor Edward E. Smissman

When Ron joined the relatively new research group of Professor Smissman in the Department of Medicinal Chemistry at KU in June 1967, he found that Professor Smissman was establishing a very creative program exploring a novel concept. The program was based on the realization that some drugs are conformationally mobile, that is, they can with small energetic costs change their

*K.B. Schowen et al. / Journal of Pharmaceutical Sciences 105 (2016) 370–385*

molecular shapes among a number of different shapes or "conformers". Such drugs in some cases are known to bind to several different macromolecular targets, chiefly proteins, such as enzymes, receptors, and so on, to produce a different pharmacological effect for each such interaction. The hypothesis held that different conformers of the drug—or the natural effector—might be complementary in structure, thus might be a "better fit" for the different targets, and produce in this way a distinct effect with each interaction.

Today, such a hypothesis can be and has been explored by determining the structures of the free target protein and of the complexes of the target with the natural effector or a synthetic or natural inhibitor. In the late 1960s, such approaches lay well beyond the technology of the times. Ron therefore used organic chemistry to design and synthesize a series of "conformationally frozen" structures. In these structures, the conformational mobility has been blocked so that only one conformer is possible at ordinary temperatures. In Ron's work, he typically made a series of different synthetic compounds into each of which a different conformer was "frozen." By studying the pharmacological and biochemical results of interaction of the target molecule with each of the "conformationally frozen" molecules, one discovers which conformer "fits" which target molecule. Today, the approach is a general protocol for the application of rational drug design.

Ron's work with Professor Smissman produced his doctoral dissertation entitled "A Stereochemical Approach to the Adrenergic System," which was defended in 1970. From his Ph.D. dissertation, Ron and Professor Smissman derived three papers, which were published in the Journal of Medicinal Chemistry in 1971. In two of these papers,[2,3] Ron described the use of a rigid 10-carbon "platform" (trans-decalin) into which he had built the four most stable conformers of the neurotransmitters dopamine and norepinephrine. These distinct conformers, unable to interchange, were exposed to the catabolic enzyme for the natural compounds, catechol-O-methyltransferase, and each "frozen" conformer had a different rate of metabolism. Still, another paper[4] with Professors Smissman and Barbara Schowen described frozen conformers of acetylcholine, the cholinergic neurotransmitter, again with four frozen conformers that reacted at different rates by the acetylcholine catabolic enzyme acetylcholinesterase.

We hope that readers will easily appreciate what a great resonance in the medicinal chemistry world of the late 1960s and early 1970s was evoked by the publication of the papers deriving from Ron's doctoral dissertation. We would suggest that, while acknowledging the importance and recognition of the scientific findings for Ron's fledgling career, his personal interactions with Professor Smissman and his observations of the attitudes and actions of Professor Smissman during his graduate work may also have contributed much of great value for Ron's subsequent and spectacular career. Those readers familiar with Ron's attitudes and practices will readily agree that Ron seems to have interjected Professor Smissman's characteristics, or perhaps they were already there genetically and just fell in with Professor Smissman's traits, smoothly and fortunately. Among these were:

*Generosity*

It has been said of working with Professor Smissman, the only problem was to keep him from giving all—the entirety—of the credit for the work to his collaborators. We have never known another scientist so creative in attempting to deflect the recognition of his accomplishments onto others. He could make outwitting him in these efforts very difficult.

*Transparency and Openness*

Professor Smissman took little or no interest in keeping his work secret as he shepherded it into publication. His motto seemed to be "tell everybody everything." This attitude made working with him much simpler than it might otherwise have been.

*Broad Scientific Scope*

We believe Professor Smissman considered himself an organic chemist with an interest in the medicinal-chemical applications of organic chemistry, and he certainly knew and understood everything that was happening in organic chemistry. But he also knew and understood essentially everything that was afoot in medicinal chemistry, pharmacology, biochemistry, and probably a number of other fields. Whenever a new technique was introduced, that seemed at least of borderline interest to his work (protein crystallography, nuclear magnetic resonance, and computational chemical theory), Professor Smissman leapt on it like the outstanding student he once had been. Soon, he knew how to make use of it, and was taking steps to fund the purchase of the relevant machinery for use at KU and to obtain positions and funding to add new specialists in the field of the KU faculty.

## Postdoctoral Study With Drs. Louis A. Cohen and C.R. Creveling at the National Institutes of Health

As Ron's graduate studies were finishing up, he arranged (with strenuous support from Professor Smissman) to spend a postdoctoral period with Dr. Louis A. Cohen in the Laboratory of Chemistry of the National Institute of Arthritis and Metabolic Diseases (NIAMD, a part of the National Institutes of Health, NIH). Dr. Cohen, a highly respected physical-organic chemist, had recently published the initial paper[5] in his series "Stereopopulation Control," in which he pointed out that an ingenious arrangement of three methyl groups, the "trimethyl lock," could immobilize certain internal motions of the parent compound, very much related to what Ron had accomplished in a different way in the work reported in his doctoral dissertation (1970) and published three Journal of Medicinal Chemistry papers[2-4] in 1971 and 1972. Ron held his NIH appointment from 1969 to 1971 and during that time carried out synthetic and kinetic studies on the "trimethyl-lock" approach that were published in five papers in Journal of the American Chemical Society[6-10] that appeared in 1972 and 1973.

That Ron's and Dr. Cohen's "trimethyl-lock" publications were truly pioneering is beautifully articulated in a perspective article published recently by Michael Levine and Ronald Raines.[11] Quoting from the article, Levine and Raines say the following about the "trimethyl lock": "The Trimethyl lock has been employed in chemical, biological, and pharmacological contexts, providing exceptional stability of conjugates until initiation of a designated reaction triggers rapid scission. The trimethyl lock is a readily accessible and highly adaptable module. Its conjugation to the amino group of a molecule of interest requires only a condensation reaction, and its trigger can be exchanged to alter spatial or temporal aspects of release. The breadth of its demonstrated utility has been remarkable."[11]

In the process of his pioneering research on the "trimethyl lock" at the NIH, Ron strengthened his skills in measuring and interpreting kinetic data, tools that would later serve him well in his penetration of the fields of prodrugs and the stability of peptides and proteins later in his career.

In his "spare time" at NIH, not commonly thought a concept that applies to a beginning scientific career, Ron taught himself protein chemistry and enzymology including enzyme kinetics, and began

K.B. Schowen et al. / Journal of Pharmaceutical Sciences 105 (2016) 370–385

his work on catechol-O-methyltransferase, the enzyme used with his decalin derivatives upon which he later achieved international fame, including the work with Dr. C.R. (Bob) Creveling that was published in 1973.[12] Among the several ways that Ron's professional friendship with Dr. Creveling helped bring him into the neuroscientific community as a rising leader was their cooperation in organizing international gatherings and publication of their results.

## Professorial Ranks In Biochemistry

Having completed his appointment at NIH in 1971, Ron accepted an appointment as assistant professor of biochemistry at KU during the same year. His first four single-author papers[13-16] on catechol-O-methyltransferase, along with a paper[17] with Ron's first graduate student and now Howard Q. Ferguson Distinguished Professor Dhiren Thakker, all appeared in 1973, then another single-author paper on the same subject came out in 1974.[18] The program on transmethylation was launched. By 1975, Ron was an established investigator of the American Heart Association and associate professor of biochemistry at KU, with his reputation beyond KU rapidly expanding. He was awarded a full professorship in 1979, with his publication list numbering into the seventies and a substantial research group pursuing the transmethylation theme. In 1981, Ron was recognized for his further achievements by appointment as Solon E. Summerfield Distinguished Professor of Biochemistry and Medicinal Chemistry.

## Transmethylation and S-Adenosyl-l-Homocysteine Hydrolase

Ron's contributions to medicinal chemistry and biochemistry in this area, always supported by thoroughgoing basic enzymology and mechanistic biochemistry, have primarily centered around the design, synthesis, and evaluation of inhibitors of S-adenosylmethionine (AdoMet)-dependent methyltransferases, either directly on specific methyltransferases or indirectly through inhibition of adenosyl-homocysteine (AdoHcy) hydrolase. The latter results in elevation of AdoHcy, a common product inhibitor of AdoMet-dependent methyltransferases.

As a new KU faculty member in 1971, Ron designed inhibitors of catecholamine-O-methyltransferase (COMT), establishing structure-activity relationships for certain classes of inhibitors,[13-16,19,20] designing affinity labeling reagents,[17,18,21-25] and conducting mechanistic studies.[26-28] COMT is responsible for the metabolism of neurotransmitters norepinephrine, epinephrine, and dopamine. Thus, inhibition of this enzyme in vivo could potentiate neuronal activity by elevating synaptic levels of these neurotransmitters.

His work in this area quickly expanded into the design and synthesis of inhibitors of other methyltransferases, including histamine N-methyltransferase,[29-31] indole ethylamine N-methyltransferase,[32] t-RNA methyltransferases,[33] phenylethanolamine N-methyltransferase (PNMT),[34-47] protein carboxyl methyltransferase,[48-52] and viral mRNA methyltransferases.[53-56] The development of PNMT inhibitors and protein carboxyl methyltransferase arose from fruitful collaborations with fellow KU faculty members Professors Gary Grunewald and Charles O. Rutledge.

Further expansion into the area of transmethylation resulted from a focus on broad-spectrum inhibition of AdoMet-dependent methyltransferases by AdoHcy analogs, with systematic modifications of the amino acid, sugar, and base moieties.[52,57-64] These broad-spectrum methyltransferase inhibitors were found to also block viral mRNA methyltransferases, which are critical for translation of viral proteins in infected cells. Ron's 1980 publication of a perspective article in the Journal of Medicinal Chemistry on

AdoMet-dependent methyltransferases as potential therapeutic targets[65] established him as a broad thinker in this important area of investigation and directly inspired a young graduate student (now-Professor Michael Wolfe) in the Department of Medicinal Chemistry at KU to join Ron's research group to do the research for his Ph.D. dissertation.

Ron's focus then turned toward indirect inhibition of methyltransferases, particularly as potential broad-spectrum antiviral agents, through inhibition of AdoHcy hydrolase. Carbocyclic nucleoside natural products aristeromycin and neplanocin A were shown to be potent inhibitors of AdoHcy hydrolase, and the Borchardt group carried out molecular dissection and other analog designs of these compounds, establishing structure–activity relationships, developing chemical tools for mechanistic understanding, and working toward compounds that retain the broad-spectrum antiviral properties while minimizing cytotoxic effects.[66-111] As one example, Ron's group showed that removal of the 4'-hydroxylmethylene group of neplanocin A retained potent AdoHcy hydrolase inhibition and antiviral activity while reducing cytotoxicity, apparently by preventing conversion to the 5'-triphosphate metabolite, which interacts with other proteins and become incorporated into cellular DNA.[67,88,112]

The many significant advances made over the years by Borchardt's research group on the design and synthesis of very potent and very specific inhibitors of AdoHcy hydrolase inhibitors were made possible through longstanding and very productive collaborations with Professor Morris J. Robins at Brigham Young University, Professor Stanley Wnuk at Florida International University, and Professor Eric DeClerq at the Katholieke Universiteit in Leuven, Belgium.

The Borchardt group also made many seminal contributions to the understanding of the structure and catalytic mechanism of AdoHcy hydrolase.[113-123] The mechanism by which designed adenosine analogs inactivate AdoHcy hydrolase was also elucidated and provided better understanding of the enzyme's active site and catalytic mechanism.[112,119,124-133] These advances were made possible through longstanding and productive collaborations with Ron's fellow KU faculty members Professors Richard Schowen and Krzysztof Kuczera, and Professor P. Lynne Howell at the University of Toronto.

More recent efforts in Ron's laboratory have focused on AdoHcy hydrolase from trypanosomes: the cloning and characterization of the enzyme allowed comparative biochemistry and the search for selective inhibitors for the treatment of deadly infection by this parasite.[105,112,119,124-134] Selectivity is currently most likely to emerge not from catalytic-site-directed inhibitors, but instead from cofactor-binding-site-directed inhibitors.[135-137]

The above provides a brief summary and not an in-depth review of Ron's contributions over the past 45 years to the area of AdoMet-dependent transmethylations. For more details about his publications in this area, please refer to the following website: http://pharmchem.ku.edu/ronald-borchardt-0.

## The Change to Pharmaceutical Chemistry

In 1983, Professor Takeru Higuchi put aside the role of Chair of the Department of Pharmaceutical Chemistry at KU, continuing his research and entrepreneurial activities as the Regents Distinguished Professor, allowing the department to add a new colleague as Chair. Ron was already the Solon E. Summerfield Distinguished Professor of Biochemistry and Medicinal Chemistry at KU, and he soon joined the Department of Pharmaceutical Chemistry as Chair and Summerfield Professor (1983). Ron has described[138] how his move to Pharmaceutical Chemistry affected his responsibilities in research and graduate education:

"… [T]his career change required me to 'phase out' most of the drug discovery-oriented research projects ongoing in my laboratory in 1983 because they had been designed for graduate students and postdoctoral fellows in biochemistry and medicinal chemistry. While I was phasing out productive research projects that had contributed significantly to my early successes in academia, I had to 'phase in' new research projects in the areas of cellular and molecular biopharmaceutics and pharmaceutical biotechnology, which I felt were more suited to the interests of graduate students and postdoctoral fellows with research interests in pharmaceutical chemistry."

Ron has said that "this was a very stimulating time in my life,"[139] but has also referred to it as a "great leap of faith" in his career. His approach to drug delivery compared with others working in this field in the mid-to-late 1980s was unique because he looked at the problems as a medicinal chemist with reduction to the cellular and molecular levels. He realized that one major challenge in medicinal chemistry is how to get a drug to its site of action and he wholly exploited this key turning point in his career to expand his personal research interests into cellular and molecular biopharmaceutics, an area that he felt would become very important to drug discovery scientists as they attempted to "design drugs with ADME (absorption, distribution, metabolism, excretion) in mind."[140]

The evolution of Ron's research interests as a pharmaceutical scientist from the 1980s through the 2010s began by developing and validating practical models for biological barriers. He realized that one major challenge in medicinal chemistry is how to get a drug to its site of action and he felt that such models would become very important to drug discovery scientists as they simultaneously optimized the pharmacological and drug-like properties of lead molecules through rational drug design strategies or by fixing their poor drug-like properties using prodrug design strategies. Consequently, the Borchardt laboratory became users of these cell culture models, as well as traditional *in situ* models, to elucidate how the structure of peptides and peptidomimetics affected their permeation across the intestinal mucosa and the blood-brain barrier (BBB) and to evaluate novel prodrug strategies for delivering therapeutic peptides orally and into the brain. Such cell-based systems are now used routinely in the pharmaceutical industry to aide design of safer and more efficacious drugs.

## Practical Models for Biological Barriers to Drug Delivery

A major output from Ron's research group was the development and use of cell culture models of the intestinal mucosa and the BBB. In a 1997 interview,[139] Ron said that he is "most proud of our accomplishments in biopharmaceutics, particularly in the area of cell culture systems and their use to study drug transport." Ron realized that the pharmaceutical industry needed models to study these two very important barriers that were major hurdles in the delivery and development of efficacious drugs. In the early 1980s, barrier function was studied in animal models or isolated tissues, but these models were expensive, time-consuming, and had drawbacks.[141,142] Ron "envisioned these *in vitro* cell culture models as having significant potential for estimating the oral absorption and the brain permeation of drug candidates, thus reducing the need to conduct expensive and sometime controversial animal experiments."

Ron's new interests in applying cell culture models to the study of drug transport began in early 1984 when now-Dean and Professor Audus joined his research group as a postdoctoral fellow. Ron had developed a particular interest in growing cells on permeable supports that would allow investigation of transcellular transport of drugs. This interest was further fueled by discussions with

research groups at The Upjohn Company (Kalamazoo, Michigan) and INTERx Research Corporation-Merck Sharp and Dohme Research Laboratories (Lawrence, Kansas) that had similar interests and the financial resources to help pursue specific projects in Ron's laboratory. The first system that the Borchardt group explored was a cell culture model for the BBB. After initial attempts to establish cultures of brain microvessel endothelial cells proved to be a challenge, Ron arranged a meeting with Professor William "Bill" Pardridge from the UCLA School of Medicine in October of 1984. Professor Pardridge was one of a few prominent researchers in the area of drug delivery through the BBB at the time and he was in Lawrence (Kansas) to participate in a drug delivery conference dedicated to Professor Takeru Higuchi. Although a few examples of isolated brain microvessel endothelial cells and cultures of those cells appeared in the literature prior to 1984, the leads and contacts Professor Pardridge provided in the meeting were key in the eventual development of a primary cell culture system derived from bovine brain tissue.[143] Primary cultures of bovine brain microvessel endothelial cells (BBMEC) could be grown in culture dishes or on semipermeable supports and were exploited to understand nutrient and drug transport,[144-149] metabolism mechanisms,[150-154] and receptor expression.[155-157] These validating studies led to the use of this BBMEC model for subsequent mechanistic and structure–property relationship studies of drug transport across the BBB (see sections on *Prodrug Strategies for Therapeutic Peptides* and *Characterization of Drug-Like Properties*). The interest in this work also prompted at least six review articles summarizing their accomplishments from 1987 to the last one in 1998.[158]

When Dr. Ismael J. Hidalgo joined Ron's research group in 1986 as a postdoctoral fellow, they pursued the elusive idea of developing a cell culture model of the intestinal mucosa. The "back story" for this pioneering work has been told by Ron in 2011.[138] Dr. Hidalgo identified several papers published in the 1970s and early 1980s by Professor Alain Zweibaum and colleagues at INSERM (Villejuif, France) describing the human colon adenocarcinoma Caco-2 cell line that spontaneously differentiates into polarized, confluent cell monolayers with tight junctions in approximately 15-20 days.[159] When grown on a filter support, these cell monolayers display morphological, functional, and enzymatic characteristics typifying the human intestinal mucosa.[160] As with the BBMEC model, validating studies on transport mechanisms were also conducted. For example, Dr. Hidalgo established that Caco-2 cell monolayers actively transported the bile acid taurocholate.[161] Then, Ron's laboratory and collaborators at The Upjohn Company used the Caco-2 cell model to evaluate whether the bile acid transporter can enhance the ability of renin-inhibitory peptides to penetrate the intestinal mucosa by synthesizing and testing peptide-cholic acid conjugates.[162] A similar "one-two punch" was used by exploiting the functional expression of a biotin (vitamin H) transporter, now known to be the sodium-dependent multivitamin transporter (SMVT or SLC5A6), in Caco-2 cells and the intestine to assess whether oral absorption of peptidic HIV-1 protease inhibitors could be enhanced through biotin-peptide conjugation.[163,164]

Such studies led to many subsequent applications of the Caco-2 cell and BBMEC models in Ron's laboratory to elucidate the structural features of peptides and peptidomimetics influencing their ability to cross cell membranes. The cell-based systems have also been used in Ron's laboratory to develop innovative prodrug strategies that result in enhanced cell membrane permeation of peptides with a particular focus on the importance of conformation of cyclic prodrugs of peptides on membrane permeation as discussed in *Prodrug Strategies for Therapeutic Peptides* and *Characterization of Drug-Like Properties*.

K.B. Schowen et al. / Journal of Pharmaceutical Sciences 105 (2016) 370–385

These cell culture models have opened new paths of research and have had enormous impact on several areas within pharmaceutical sciences, more specifically within drug delivery research and drug discovery. The Caco-2 model is presently being used worldwide as a screening tool during drug discovery to compare putative drug candidates for their absorption potential and to eliminate drug candidates that are likely to fail in later development because of poor biopharmaceutical properties. These cell monolayer models therefore have become a very important decision-making tool in the pharmaceutical industry resulting in improved accuracy in prioritizing new compounds at the discovery stage. Besides the intrinsic originality and quality of these studies, the contributions from Ron's laboratory literally created a new approach to drug discovery development where pharmaceutical scientists were willing to use cell culture models to study drug transport across biological barriers instead of animal, tissue, and isolated cell models. As a consequence of their collective Caco-2 work and its impact, Ron and Dr. Hidalgo shared a 2007 award from the Society for Biomolecular Sciences Polypops Foundation.

This is one area of Ron's research that fueled and benefitted from his intense dedication to education and shared learning. In addition to launching two short courses on cell lines and tissue culture in pharmaceutical research and development at KU in response to the outpouring of requests for acquiring these models, Ron was coeditor or series editor for two books on this topic.[165,166] He also organized and participated in three American Association of Pharmaceutical Scientists (AAPS)-sponsored short courses on cell culture systems in 1994, 1996, and 1998.

The above provides a brief summary and not an in-depth review of Ron's contributions over the past 32 years to the area of cell-based models for biological barriers to drug delivery. For more details about his publications in this area, please refer to the following website: http://pharmchem.ku.edu/ronald-borchardt-0.

## Protein and Peptide Stability

When Ron was selected as Chairman of the Department of Pharmaceutical Chemistry at KU in 1983, he seized that opportunity to lead the department into the area of pharmaceutical biotechnology. That seminal decision leads to the establishment of a course in the department's graduate program that was focused on pharmaceutical biotechnology and also in the recruitment of new faculty members with research interests focused in this emerging area. Over the years, Ron's decision has radically transformed KU's Department of Pharmaceutical Chemistry, where today more than 70% of the faculty members perform research in this area, including the design, formulation, stabilization, and analysis of protein pharmaceuticals and vaccines.

Instrumental to the evolution of pharmaceutical biotechnology education and research at KU was securing a NIH Training Grant in this area, which Ron successfully did in 1989. That Training Grant still exists in the department today. In fact, it was recently renewed, which means it will continue to support pharmaceutical biotechnology graduate students at least until 2019. Thirty years of continuous support for this type of NIH Training Grant is very unusual and a significant accomplishment for the faculty members in KU's Department of Pharmaceutical Chemistry. An important aspect of this Training Grant is the requirement for graduate student trainees to accept 3–6 month industrial internships in biotechnology companies. These internships soon became an important part of training not only for the graduate students being supported by the training grant, but also for most of the graduate students in KU's Department of Pharmaceutical Chemistry. These industrial internships have opened the door to multiple collaborations between students, faculty members, and industrial scientists and to future career paths for the department's graduate students.

With respect to Ron's research, his first publication in the area of pharmaceutical biotechnology dates back to 1989 when he authored a review paper with Dr. M.C. Manning entitled "Stability of Protein Pharmaceuticals."[167] The importance of this paper in the field is evident from the fact that it has been cited over 700 times as of August 2015.

The research interest of the Borchardt laboratory in peptide and protein stability began to increase in the early 1990s. The first research papers in this field from his laboratory, which were published in 1990, focused on deamidation and on the influence of peptide sequence on the deamidation of asparagine residues.[168,169] These papers became the first in a series of important papers addressing the kinetics of hydrolytic degradation reactions in solution,[170] in polymers[171] and in the solid state,[172] and the effects of sequence,[170] secondary structure,[173] and formulation variables[174] on these kinetics. Rate constants derived in these studies continue to guide researchers in their quest to identify hotspots for asparagine deamidation in therapeutic peptides and proteins.

In 1991, Ron expanded his research interests to cover mechanisms of peptide and protein oxidation, and a series of papers documented his prolific efforts in this area.[175,176] It was around this time that a group of international students and postdocs in his laboratory decided to use the Thanksgiving Break for a road trip to New Orleans. This group included about half of the biotechnology researchers in Ron's laboratory at that time. Realizing the inexperience of the foreigners, and the potential dangers of a big American city, Ron not only rescheduled a group meeting originally planned for the day after Thanksgiving, but also quickly changed the topic of the meeting from a discussion of research progress to general travel advice and rules of conduct, especially on Bourbon Street. Everybody made it back safely and biotechnology research continued to evolve in the Borchardt research group.

In the pursuit of his research interests, Ron had the foresight to assemble teams of various faculty members, graduate students, and postdoctoral fellows with complementary expertise to drive projects in areas such as peptide and protein stability. Besides Ron, the other KU faculty members involved in these pharmaceutical biotechnology projects were Professors Richard Schowen, Christian Schöneich, and Elizabeth Topp (now at Purdue University). Such collaborations resulted in a multiyear project on hydrolytic degradation pathways of peptides and proteins in polymer matrices and the solid state. In this project, the precise mechanism of racemization during asparagine deamidation was elucidated.[177] The collaboration of these faculty members, graduate students, and postdoctoral fellows not only ensured competitive NIH funding, but also created a climate of intense exchange and development of ideas, which paved the way for many successful careers of young researchers and faculty members.

Mentoring young researchers was close to Ron's heart, and key to the success of the Department of Pharmaceutical Chemistry during his tenure as chairman. The countless opportunities he outlined before his colleagues, for example, scientific collaborations, new research areas, ideas for potential courses, short courses, and scientific inquiry, provided and continue to provide a fertile ground for scientific discovery in KU's Department of Pharmaceutical Chemistry. For example, today the Department of Pharmaceutical Chemistry is home to the Macromolecule and Vaccine Stabilization Center and the Kansas Vaccine Institute. The existence of these two Centers is a logical extension of what began with Ron's vision to establish pharmaceutical biotechnology in the Department of Pharmaceutical Chemistry at KU.

The above provides a brief summary and not an in-depth review of Ron's contributions over the past 32 years to the area of protein

376                    K.B. Schowen et al. / Journal of Pharmaceutical Sciences 105 (2016) 370–385

and peptide stability. For more details about his publications in this area, please refer to the following website: http://pharmchem.ku.edu/ronald-borchardt-0.

## Characterization of Drug-Like Properties

When Ron took over the responsibility as the Chair of the Department of Pharmaceutical Chemistry in 1983, he made a strategic decision to pivot his training and experience as well as his instincts as a medicinal chemist to address one of the most relevant questions in drug discovery and development of the time—"what does it take for a molecule with potent and selective biological activity to become a successful drug?" Therein lies the genius of this incredible scientist/teacher/mentor/faculty member/Department Chair! Too many times, scientists let their training and their strength in a specific area of science become their biggest limitation, and see the world through the glasses of their training. Ron took a very different approach. An approach that has been a hallmark of his long and illustrious career, and that is to step back from time to time, and reflect on the most relevant questions that are staring us in the face, and then attack the problem by applying one's own training and by bringing in new talents from different disciplines. The quote "For example, this career change … in pharmaceutical chemistry." (see The Change to Pharmaceutical Chemistry section) from Ron's commentary[138] expresses well this philosophy in his own words. Perhaps, he does not realize this, but this approach of Ron's has been an inspiration to many of his students and junior colleagues, expressed by some of the coauthors of this commentary, who have watched him from a distance as they are pursuing their careers in academia or industry and as they have made their own career transitions.

Coming back to the question Ron asked about the properties of a molecule that would make it a successful drug, Ron turned his attention to the two barriers that routinely prevent the drugs to reach where they are supposed to reach to achieve their therapeutic potential, that is, intestinal mucosa that prevents orally administered drugs to reach systemic circulation, and BBB that prevents the drug designed to treat central nervous system diseases from reaching the brain tissue. He recognized the importance of designing drugs and formulations that can enable the drug to navigate across these barriers successfully. Ron's training and instincts as a medicinal chemist led him to look for simple in vitro tools to screen for compounds that can or cannot cross these barriers. He recognized that traditional in vivo approaches using animal models would be too slow for screening and too complex to understand the problems associated with poorly performing compounds, and proceeded to develop cell culture-based models of the BBB and intestinal mucosa by bringing in postdoctoral fellows as described in the Practical Models for Biological Barriers to Drug Delivery section. Using a typical "Borchardt approach," Ron recognized the potential importance of peptides and peptide-like compounds as an attractive chemical space for discovering new drug candidates, but also recognized the liabilities of these molecules with respect to stability and permeability across biological barriers such as BBB and intestinal mucosa. Hence, Ron undertook a significant effort in elucidating the physicochemical properties of peptides that affect their stability and permeability, and therefore their ability to be useful drugs. Ron's work in these areas is described below and in the Prodrug Strategies for Therapeutic Peptides section.

The work performed in Ron's laboratory starting in the mid-1990s focused on elucidating the "structure–transport relationships" for peptides and peptide-like compounds (also referred to as peptidomimetics). The model biological model systems used in these studies included cell culture models and in situ perfusion

models of the intestinal mucosa and the BBB (see the Practical Models for Biological Barriers to Drug Delivery section). The physicochemical and biological properties studied by Ron's group over about a 10-year period included the following: (1) the effect of beta-turn structures on passive diffusion of peptides and peptidomimetics through the intestinal mucosa and the BBB[178–180]; (2) the effect of hydrogen bonding potential on passive diffusion and passive diffusion modified by efflux transporters of peptides and peptidomimetics through the intestinal mucosa and the BBB[181–186]; (3) the effect of structural features of peptides and peptidomimetics on substrate activity for the peptide transporter in the intestinal mucosa[187–191]; and (4) the effect of structural features, particularly size and charge, of peptides and peptidomimetics on their permeation via the paracellular route across the intestinal mucosa.[192] The results of these studies are described in several review articles.[193–196] The advances made by Ron's group in this area were made possible through longstanding and productive collaborations with his fellow KU faculty members including Professors Teruna Siahaan, Jeffrey Aube (now at the University of North Carolina), and David Vander Velde (now at CalTech), as well as Professors Ralph Hirschman and Amos B. Smith at the University of Pennsylvania, Drs. Philip Burton and Norman Ho at the Upjohn Company, and Drs. Philip L. Smith and Chao-Pin Lee at SmithKline Beecham Pharmaceuticals.

Ron's work on "identifying, screening for, and improving drug-like properties" since the 1980s has had an enormous impact throughout the pharmaceutical and biotechnology industry. Arguably, even bigger impact on the industry and science of drug development in the area of "instilling drug-like property into drug candidates" has been through Ron's contributions as an educator. Ron has been a "preacher" to the "drug discovery and development community," and the central message of his "sermon" is "drug candidates are not high-affinity ligands, they must have drug-like properties." Ron has relentlessly conveyed the message that one must instill "drug-like properties" in drug candidates, and many of the authors of this commentary have either witnessed Ron "preaching" this "sermon" or have joined him at his invitation to help him in this mission. Ron's enormous work and equally enormous impact in this area is reflected in a large number of books that he has edited or coedited,[197–201] and courses or workshops [sponsored by professional associations (e.g., AAPS), universities (e.g., Drew University), student-centered conferences (e.g., Globalization of Pharmaceutics Education Network), and pharmaceutical/biotechnology companies (e.g., on-site courses offered in the USA and Europe)] that he has organized, co-organized, and taught. The courses organized by Ron and sponsored by Drew University that focused on "designing drugs with optimal in vivo activity after oral administration" and "designing drugs with optimal BBB permeability" for nearly 10 successive years were so popular among pharmaceutical scientists, managers, and senior leaders that many applicants had to be turned down each year. Many of the authors of this commentary were invited by Ron to participate in these short courses, specifically, the Drew University short courses, and have witnessed the enormous impact Ron has had through these courses by training thousands of pharmaceutical scientists in the science and art of designing and developing drugs with optimum pharmaceutical properties. One of the authors of this commentary (Professor Thakker) has had the privilege to not only participate in many of the short courses and workshops organized by Ron, but also travel with him (and Professors Val Stella and Kim Brouwer) over 30 times to various companies (and groups of companies) across the U.S.A. and in Europe to teach the course on "designing drugs with optimal in vivo activity after oral administration" over a 10-year period. During those trips, one witnessed the masterful teacher at work. Ron showed his mastery at engaging his audience

K.B. Schowen et al. / Journal of Pharmaceutical Sciences 105 (2016) 370–385

with humor, storytelling, artfully created visuals, and straight talk. Those trips taught so much to his "touring team members" and will always have a special place in the hearts and minds of Ron's traveling teammates.

In addition to teaching the science of optimizing druglike properties, Ron took the opportunity to teach his audiences the value of communication and teamwork across various drug discovery/development disciplines. In his inimitable style, Ron would chide the company scientists in the audience by telling them that often he ended up introducing the scientists in the medicinal chemistry or biology department of the company to their colleagues in the formulation or drug metabolism/pharmacokinetics department. Ron would show slides depicting "silos" within discovery research, preclinical development, and clinical development; he would also show slides that depicted lack of interactive feedback between these silos, and label those as "Recipe for Failure!!!." He would have slides with a title such as "Because of a Lack of Input from Development Scientists, Discovery Scientists Tended to Fall into 'The High Affinity Trap,'" followed by slides showing Drug Discovery Paradigm of the Future. Unquestionably, through these teachings, Ron has had an impact in drug discovery/development that is quite difficult to measure. All one can say is "the impact has been truly transformative."

The above provides a brief summary and not an in-depth review of Ron's contributions over the past 25 years to the area of characterization of drug-like properties. For more details about his publications in this area, please refer to the following website: http://pharmchem.ku.edu/ronald-borchardt-0.

### Prodrug Strategies for Therapeutic Peptides

Ron's research interests concerning prodrugs have been focused on improving the delivery of drug molecules across biological barriers such as the intestinal mucosa and the BBB.[202] A prodrug is a conjugate of a promoiety to a functional group of the drug via a cleavable bond (e.g., ester, amide). The formation of a prodrug transiently changes the physicochemical properties of the drug for improving solubility and/or cell membrane permeation through the intestinal mucosa and/or BBB. The idea is that the bond between the drug and promoiety can be cleaved by enzymatic and/or chemical reaction(s) to convert the prodrug to the drug after delivery to the site of action. As his work in other fields, Ron's research in the prodrug area is a beautiful reflection of his ability to go across disciplinary boundaries in finding solutions to contemporary pharmaceutical problems.

After moving to KU to become a faculty member, Ron and his graduate student Kent Amsberry took advantage of Ron's findings as a postdoctoral fellow at the NIH related to the lactonization rate acceleration by a "trimethyl lock"[6-10] and applied them to prodrug design. Specifically, they compared prodrugs of *p*-methoxyphenyl amine, model compound, using 3-(2'-(benzoloxy)-4',6'-dimethylphenyl)-3,3-dimethylpropionic acid (3-BDPA) and 2'-hydroxyhydrocinnamic acid (2'-HHCA) promoieties to prove that this "trimethyl lock" group affected the rate of release of the amine. It was shown that the rate of *p*-methoxyphenyl amine release from the 3-BDPA promoiety having the "trimethyl lock" was 25,000 times faster than from the parent 2'-HHCA promoiety without the "trimethyl lock."[203] Ron and colleagues then extended the "trimethyl lock" concept to a quinone promoiety, which is a redox-sensitive promoiety for lactonization, to convert the amine prodrugs to the drug.[204]

In another example of bringing in tools available in related disciplines to solve pharmaceutical problems, Ron's research group worked on understanding the effect that the conformation of delta-sleep-inducing peptide (DSIP) had on its ability to cross the BBB.[205]

To accomplish this goal, they studied the conformation of DSIP using various biophysical methods [i.e., nuclear magnetic resonance (NMR), circular dichroism (CD), Fourier transform infrared, and fluorescence] and found that DSIP had a propensity to form type-I beta-turns at residues 2-5 and 6-9, suggesting that the conformation of DSIP could contribute to BBB permeation.[205] Using a conformationally stable hexapeptide fragment of DSIP, Ron's group systematically studied the effect of conformation on membrane permeation using linear and cyclic peptides.[178] They discovered that the cyclic hexapeptide had a faster cell membrane permeation rate than the linear hexapeptide; furthermore, the cyclic hexapeptide had a more well-defined structure than the linear peptides as determined by various biophysical methods (i.e., NMR, molecular dynamics simulations).[178] This study suggested that stabilization of peptide conformation by forming cyclic peptides could enhance peptide transport through cell membranes.

Although cyclic peptides have better cell membrane permeation than linear peptides, the formation of a cyclic peptide from a linear peptide can alter the biological activity of the linear peptide. Therefore, there was a need to find a way to form cyclic peptides temporarily. To solve this problem, the Borchardt group investigated the formation of cyclic peptide prodrugs that would temporarily stabilize the peptide conformation and, at the same time, change the physicochemical properties of the peptide to favor cell membrane permeation.[202] The idea was that the cyclic peptide prodrugs could be converted to parent peptides after the transport process. Ron and his collaborators developed and studied the cyclic prodrugs of opioid peptides using different promoieties, including "trimethyl lock" phenyl propionic acid, coumarinic acid, acyloxyalkoxy, and oxymethyl-modified coumarinic acid promoieties.[202,206,207] The cyclic peptide prodrugs were constructed by linking the peptide N-terminus to the promoiety via an amide bond and the C-terminus to the promoiety via an ester bond. The subsequent improvement in membrane permeability is because of the stabilized conformation of cyclic peptide prodrug that reduces hydrogen bonding potential, increases hydrophobicity, reduces charges, and increases metabolic stability against exo- and endopeptidases. The cyclic peptide prodrugs can also be converted to the parent peptides by enzymatic reaction followed by rapid chemical reaction.

In the prodrug area, the Borchardt group has had a major impact on improving oral absorption and brain delivery of small molecules, including peptides, and peptidomimetics and achieving a good understanding of factors important to controlling delivery properties.[202] Reflected in these advances was also Ron's ability to build teams of collaborators from related disciplines. Especially worth mentioning was his longstanding and productive collaborations with Ron's KU faculty colleagues Professor Teruna Siahaan and David Vander Velde (now at CalTech). Ron's former postdoctoral fellow, Professor Binghe Wang of Georgia State University, also continued his collaboration in the prodrug area with Ron for a number of years after leaving his laboratory. Other investigators have also applied the "trimethyl lock" promoiety and similar concepts to make prodrugs of anticancer agents (e.g., daunorubicin, ganciclovir, taxol) as well as fluorogenic probes.[11] Ron's group and others have utilized the cyclic peptide prodrug concept to improve oral delivery of antithrombic agents (RGD peptides and peptidomimetics).[208-212] Finally, the "trimethyl lock" concept has also been utilized in cleavable linkers or protecting groups in the solid-phase synthesis of peptides and oligonucleotides.[11]

The above provides a brief summary and not an in-depth review of Ron's contributions over the past 25 years to the area of prodrugs of therapeutic peptides. For more details about his publications in this area, please refer to the following website: http://pharmchem.ku.edu/ronald-borchardt-0.

378          K.B. Schowen et al. / Journal of Pharmaceutical Sciences 105 (2016) 370–385

**National and International Recognition for Research**

The sheer number and quality of Ron's contributions are a testament to his deserving accolades. Over his 50-year career, Ron has published approximately 500 scientific papers in peer-reviewed journals, has authored or coauthored approximately 460 posters and podium presentations at national and international meetings, and has presented approximately 180 invited talks of which about 40% were international. Ron's colleagues, both at home in the USA and throughout the world have frequently accorded him appreciative recognition for the quality and quantity of his research work. Most recently, in 2008, the Academy of Pharmaceutical Sciences and Technology-Japan (APSTJ) appointed him an International Fellow for his lifetime contributions to the pharmaceutical sciences. He was inducted into the American Chemical Society-Medicinal Chemistry Division Hall of Fame in 2007 in recognition of his lifetime contributions to the field of medicinal chemistry. In the same year, Ron and Dr. Ismael Hidalgo shared the Society for Biomolecular Sciences Polypops Foundation Award for the seminal discovery and development of Caco-2 cells as a model for the intestinal mucosa. Ron was the recipient in 2003 of the Smissman-Bristol-Myers Squibb Award in Medicinal Chemistry, given by the Medicinal Chemistry Division of the American Chemical Society (ACS) for his research contributions to the field of medicinal chemistry. Also in 2003, the American Pharmacists Association chose Ron to receive its most prestigious scientific award, the Takeru Higuchi Research Prize, for his lifetime research and educational contributions to the pharmaceutical sciences. The same association had in 2001 given Ron its Research Achievement Award in the Pharmaceutical Sciences for research contributions to that field. Ron's lifetime research and educational contributions to the pharmaceutical sciences earned him in 1999 the most prestigious award given by the International Pharmaceutical Federation, the Host-Madsen Medal, presented by its Board of Pharmaceutical Sciences. The Volwiler Research Achievement Award, the most prestigious award of the American Association of Colleges of Pharmacy (AACP), went to Ron in 1998 for his lifetime research and educational contributions to the pharmaceutical sciences. Ron's research contributions to the field of biotechnology brought him in 1997 the Paul Dawson Biotechnology Award from the AACP. In the same year, the AAPS selected Ron, in recognition of his lifetime research and educational contributions to the pharmaceutical sciences, to receive the most prestigious award given by AAPS, the Distinguished Pharmaceutical Scientist Award. Ron was elected Fellow of the American Association for the Advancement of Science (AAAS) in 1995. In 1994, Ron's research contributions to the field of medicinal chemistry brought him the Research Achievement Award in Medicinal Chemistry and Natural Products Chemistry from the AAPS. The same body, AAPS, had given Ron the Research Achievement Award in Biotechnology in 1993 for research contributions to the field of biotechnology. Also in 1993, Ron was the recipient of the Takeru and Aya Higuchi Memorial Award of the APSTJ. This award was given to him for his research contributions to the field of pharmaceutical chemistry. It is the most prestigious award given by APSTJ in the field of pharmaceutical chemistry. Ron was elected Fellow of the AAPS (1988). Ron was the 1983 winner of the Dolph Simons Sr. Award for research achievement in the biomedical sciences. For his contributions to biochemistry, Ron was given the Sato Memorial International Award from the Pharmaceutical Society of Japan in 1981.

In addition to these prizes and awards, Ron has received honorary doctorates from the Danish University of Pharmaceutical Sciences, Copenhagen, Denmark (2002), the Katholieke Universiteit, Leuven, Belgium (2004), and from Uppsala University, Uppsala, Sweden (2006).

**Mentor of Graduate Students and Postdoctoral Fellows**

Ron's research groups were vital, exciting to work in, intellectually nurturing, and professionally productive. Over the years, 19 master's students, 62 Ph.D. students, 63 postdoctoral students, and 24 visiting scientists from around the world worked in Ron's laboratory. These individuals were associated with the Departments of Biochemistry, Medicinal Chemistry or Pharmaceutical Chemistry at KU, or with the Danish University of Pharmaceutical Sciences, Copenhagen, Denmark, or Uppsala University in Uppsala, Sweden.

Ron made use of an exceedingly effective means of directing and advising doctoral research students, a means that left each student with an approach to research that was optimal for time and resource management, for exercising good judgment in choosing among alternative research pathways, and which assured that important matters were not neglected or forgotten in assembling the experimental support for papers in preparation.

When new students joined the group, they and Ron in private conversation worked out a plan for the doctoral dissertation, that is, the questions to be answered and at least a first few steps in the direction the experimentation should take. The students then went off to read and begin to develop what will in the end form the table of contents of the doctoral dissertation. At group meetings, they would soon present a draft table of contents in which they will have divided the overall problem into a strategic collection of parts, each commonly forming a coherent whole that will become a chapter in the dissertation, and that appears to represent an orderly approach to the overall problem. Good feedback was always offered by attendees at every group meeting; Ron continuously modeled how to correct or criticize in a collegial and good-humored way, so that a tone of friendliness and helpfulness prevailed. There was also a deliberate tone of egalitarianism: Ron never spoke to senior people with any greater (or lesser) courtesy or respect than he used with the newest students.

The same respect, courtesy, and collegiality prevailed in the laboratory where the students and postdoctoral coworkers pursued the experimental and sometimes computational aspects of the work. They all understood and appreciated how these qualities (which one would suspect in many cases were aspects of Professor Smissman's practices that Ron had explicitly or implicitly taken over into his own approaches) create a highly productive group with members who lead a pleasant daily life and form in many cases lifelong friendships.

As students progressed through the graduate program and moved toward "writing up" and receiving their degrees, their draft table of contents became an invaluable tool for time and resource management, and offered many opportunities for instilling and elaborating a culture of timely publication in the correct journals. It is a vital educational necessity to bring maturing young scientists into this culture and to equip them with decision-making tools that enable a thoughtful assessment of their research and what to do about it at any arbitrary time, of what direction to go next, how to finish up a paper for publication with no dangling unanswered questions, and many other potential pitfalls.

In addition to the above, Ron always encouraged all coworkers at every level to seize all opportunities to present their scientific work, either orally or in print, thus simultaneously "spreading the word" about what they had found, and also honing their skills in scientific communication. Although Ron's travel schedule was truly hard to believe, in terms of the frequency of travel and the intensity of the work he managed to force into every spare second of a trip, the fact was that no coworker of his ever lacked for his dedicated

*K.B. Schowen et al. / Journal of Pharmaceutical Sciences 105 (2016) 370–385*

and thoughtful attention at any point—while working on the draft of a manuscript, preparing an oral presentation, or a poster presentation. For graduate students, there was no choice: Ron saw to it that he heard rehearsals of talks, went over presentation slides or went over posters, provided detailed critiques, and was there to hear or go over the corrected version. For postdocs or colleagues, he was available if and as desired.

## Mentor of Faculty Colleagues

Ron has always taken an interest in the academic fortunes of his colleagues, and has given valuable advice and encouragement. If their later success is any measure of his influence, it has certainly been good.

- Professor Kenneth Audus, a postdoctoral fellow with Ron who was critical in the development of a cell-culture model for the BBB, joined the faculty of the Department of Pharmaceutical Chemistry at KU in 1986 and rose through the academic ranks to become a Full Professor in 1996 and then Chair of the Department in 1998. Ken is also a Professor of Molecular and Integrative Physiology at KU Medical Center in Kansas City and became Dean of the School of Pharmacy in April of 2004. He is a Fellow of AAPS and he has been recognized as an AACP Teacher of the Year and for Excellence in Undergraduate Teaching of Pharmaceutical Chemistry at KU.
- Professor Christian Schöneich, while a postdoctoral coworker of Professor George Wilson and Ron, began his studies of oxidation reactions in proteins and peptides. As a young faculty member whose own graduate education had been completed in the rather different German academic system, Christian had to make some adaptations to the American and indeed KU systems, and Ron surely helped. Christian is now the Chair of the Department of Pharmaceutical Chemistry at KU and holds the Takeru Higuchi Distinguished Professorship of Bioanalytical Chemistry.
- Professor Teruna Siahaan took bachelor's and master's level degrees in chemistry at the University of Indonesia and obtained his Ph.D. in organic chemistry with Professor Robert Bates at the University of Arizona, followed by postdoctoral study with Professor Bruce Lipshutz in the Department of Chemistry and Chemical Biology of the University of California at Santa Barbara. His work at KU, now as Professor of pharmaceutical chemistry, in the general areas of biotechnology, drug delivery, protein and peptide chemistry, and biochemistry has been closely allied with that of Ron, who is surely gratified that the work has won Teruna admiring notice, as the following recognition attests: PhRMA (Pharmaceutical Research and Manufacturers Association) Foundation Award in Excellence in Pharmaceutics, 2014; Research and Academic Mentor of the Year, Office for Diversity in Science Training, KU, 2013; Clarence Karcher Lecturer, University of Oklahoma, 2005; Fellow of AAPS, 2002; Eurand Honorable Mention Award, Controlled Release Society, 2002; Pfizer Research Scholar Award (2002-2004); Self Faculty Scholar, KU (2001-2004).
- Professor Elizabeth Murphy (Liz) Topp, while ascending the professorial ranks in the Department of Pharmaceutical Chemistry at KU, devoted a good part of her research program on peptide and protein stability, particularly in amorphous solid states, to collaborations with Ron. She is currently the Dane O. Kildsig Chair and Department Head of the Department of Industrial and Physical Pharmacy at Purdue University. Although still at KU, Liz won the Madison and Lila Self Graduate Mentor Award twice, and was named "Teacher of the Year" by AACP. At Purdue, she holds an endowed professorship and won the Seeds

for Success Award, the AAPS Fellowship, and has been named an Academic Leadership Fellow.

## Global Teacher

At the very beginning of his professorial career, Ron proved to combine excellence in research with a very marked talent for teaching. One ought to note that this combination is not as rare in fact as it may be thought in the popular imagination; commonly good teachers are good researchers and bad teachers are bad researchers. The phenomenal difference with Ron is that he is not just good at both activities, but he is extraordinarily good at both. In 1980, the year after he was promoted to full professor of biochemistry, Ron won the Mortar Board Outstanding Educator Award, a student-sponsored award that is given to faculty members for "their dedication to KU and positive influence on students both academically and personally." Most of us feel that when such recognition comes directly from students, as is the case here, it is especially significant. His excellence in teaching continued throughout his career at KU as evidence by his selection in 1997 to receive the Louis Byrd Graduate Educator Award and his selection in 2005 to receive the Chancellors Club Career Teaching Award. The Chancellors Club Career Teaching Award is the most prestigious teaching award given to faculty members at KU.

Ron often managed to combine his talents in teaching and research in very unique and effective ways. Starting in 1994, as he was developing his research program into one (in the Department of Pharmaceutical Chemistry) incorporating drug delivery as a main theme, he launched two short courses, one on cell lines and tissue culture in pharmaceutical research and development, the other on designing drugs with optimal *in vivo* activity after oral administration. These courses were given in circumstances, often at meetings of professional associations, so that the attendance of academics, students, and professional practitioners could be expected. This led to a very effective evangelization of the gospel Ron was promoting. These efforts were continued well into the 21st century. For example, the oral administration course was given on-site at pharmaceutical firms throughout the USA and in Europe (see *Characterization of Drug-Like Properties* section) from 2000 to 2008.

## University Administrator

A certain number of us initially sneer at the idea of making administrative contributions until something intervenes: we need something badly and a creative administrator steps into the breach, or a good friend becomes an active administrator and models how it can be carried out correctly and usefully. In Ron's case, he must have been offered many, many such opportunities at KU. He seems to have tried out only the Directorship of the Center for Biomedical Research (7 years), the Chair of Pharmaceutical Chemistry (15 years), and Acting Dean of the School of Pharmacy (2 years). Ron says these were "test drives" and that he "chose to dedicate my life to teaching, mentoring, and research." He has certainly had a full life of his chosen emphases, but it is hard to conceive of anyone else who would consider a total of 24 years to be a test drive!

## International Graduate Education: GPEN, the Globalization of Pharmaceutics Education Network

During the 1990s, Ron was as busy at consulting and advisory activities for the pharmaceutical industry as he had been nearly all his professional life: since 1975, he consulted for over 80 pharmaceutical companies and lectured at over 500 universities,

research institutes, and pharmaceutical and biotechnology companies around the world. These activities doubtless provided him with a privileged viewpoint from which to observe the effects of conversion of large parts of the industry to international firms with movements of persons and information from place to place on a gigantic scale, in short the globalization of the industry. As Dean Kenneth Audus has said, "Professor Borchardt recognized that the pharmaceutical sciences, and the industry and academia it served, was global. Moreover, students from institutions like KU would be working at and interacting with colleagues around the world throughout their careers in the pharmaceutical sciences. Therefore, as part of their graduate education, he pursued the idea that students should be exposed to the international science and culture of the other top pharmaceutics programs in the world."

To see where this idea has gone, the reader should go to http://pharmchem.ku.edu/globalization-pharmaceutics-education-network-gpen. There, one learns that GPEN, Inc., has conducted biennial meetings since 1996 in the United States (GPEN1996, University of Kansas) in Switzerland (GPEN1998, ETH-Zurich), Sweden (GPEN2000, Uppsala University), United States (GPEN2002, University of Michigan), Japan (GPEN2004, Kyoto University), United States (GPEN2006, University of Kansas), Belgium (GPEN2008, KU Leuven), United States (GPEN2010, University of North Carolina), Australia (GPEN2012, Monash University), and Finland (GPEN2014, University of Helsinki). A Board of Directors of which Dean and Professor Ken Audus is Chair manages this organization. Of the meetings, Audus says, "GPEN meetings are organized in entirety by graduate students of the hosting University. The meeting format includes a keynote address by a prominent scientist, scientific presentations and posters by graduate students, short courses by faculty, and social events that help introduce students and faculty attendees to the host country's culture. GPEN encourages the pharmaceutical industry to attend, provides support for participation by all of the 52 member schools, and actively endorses research exchanges between and among all of the institutions and their pharmaceutics programs. Professor Borchardt is a visionary in graduate education and training particularly with respect to the global needs of the pharmaceutical sciences." It is through these niche meetings that many graduate students have been able to make the necessary links with faculty members and industrial representatives around the globe leading to excellent future employment opportunities.

Sometimes people speak of "an idea whose time has come." There must be extremely few examples as clear as this one.

### Editor of Books and Journals

It is a cliche to say that science requires absolutely that its results and the ideas that are used for interpreting them be made available to one's colleagues worldwide. Since the 18th century, a more and more complex set of means for dissemination of scientific information has developed, currently increasingly emphasizing the internet and electronic communication, but by and large in the chemical and biological sciences still tied to the printing of journals and books of the traditional kind. It is also expected by authors and demanded by readers that the publishers of journals and books will subject the individual units of publication, such as a chapter or a paper, to some form of peer review. The more rigorous the peer review, the higher will rise the respect and prestige that the journal or book and the enterprise that sees them into print and distribution will also rise. Staff members undertake some of this work, but to an enormous extent, volunteers from the ranks of practicing scientists donate their time and effort to seeing that we all have the opportunity to publish our work.

Ron has been an exemplary scientific citizen in this regard. He has at the present time been serving as editor-in-chief of the Journal of Pharmaceutical Sciences for 14 years. Prior to assuming the position of editor-in-chief, Ron served for 5 years as Associate Editor of the Journal of Pharmaceutical Sciences, 3 years as associate editor of the Journal of Peptide Science, and 2 years as biotechnology editor of the AAPS Journal.

Ron has also made a particularly significant contribution of a sort that often goes unnoticed, that is, editing of books and book series that come to be trusted sources of information. Between 1976 and 2007, he and his coeditors brought out collections of expert reviews in books dealing with the chemistry and biochemistry of Ado-Met-dependent transmethylations,[213-215] drug delivery,[216] cell culture and tissue models for assessing drug absorption,[165,166] characterization of drug-like properties,[197-199] and pro-drugs.[200,201] In addition to editing these 10 books, Ron has also served as series editor for 14 volumes of Pharmaceutical Biotechnology (Plenum Press) and nine volumes of Biotechnology: Pharmaceutical Aspects (AAPS Press).

### Consequential Consultation and Entrepreneurship

Ron has always found the pharmaceutical industry to have a powerful interest in receiving his advice as a consultant (from 1971 through the present, on more than 80 consultantship appointments), and as a member of advisory boards (from 1992 through the present, with over 30 appointments). These rosters of firms around the world reflect nearly the entirety of what might be called the most highly respected of the "pharma elite."

On at least one occasion, Ron has dipped more deeply into the client's activities than just offering suggestions. He was drawn into the work of Proteolix Pharmaceuticals on inhibitors of the 2S-proteasome, a large molecular machine of the cell that removes cellular detritus, proteins that are no longer useful and therefore have been tagged with ubiquitin to identify them as waste. An inhibitor of the proteasome causes it to cease catalyzing the destruction of tagged proteins, and the latter accumulate in the cell to the point that apoptosis or programmed cell death occurs. If this occurs sufficiently frequently in tumor cells, the inhibitor should be an anticancer agent. This proves to be the case with multiple myeloma when the inhibitor is carfilzomib (Kyprolis®), a Proteolix compound coinvented by Ron and now manufactured and distributed by Amgen, Inc. With the discovery of carfilzomib, patients with multiple myeloma now have another treatment option.

In 1997, Ron collaborated with Professor Valentino Stella, Professor Gunda Georg, Dr. Roger Rajewski, and Dr. Osborne S. Wong to form ProQuest Pharmaceuticals. ProQuest's core technologies included patented prodrug strategies for increasing the cell permeation of therapeutic peptides, which came from Ron's laboratory, and patented prodrug strategies for enhancing the solubility of insoluble organic-based drugs, which came from Professors Stella's and Georg's laboratories. In 2000, ProQuest licensed its lead compound (fospropofol) to Guilford Pharmaceuticals for preclinical and clinical development. In 2004, Guilford purchased ProQuest Pharmaceuticals outright in order to have full control over the clinical development and commercialization of fospropofol. LUSE-DRA™ (fospropofol) was approved by the US Food and Drug Administration in 2008 for procedural sedation.

### Ron and Pam Moving Forward

Ron's exceptional academic career is balanced by his personal successes, the first being his almost 50-year marriage to wife, Pam. He is the first to note that Pam should be given full credit for raising and mentoring their three children in Lawrence while he spent

much of his time in his office and laboratory at the university or traveling nationally and internationally. Not surprising is that each child is successful in his and her own right. Scott, the eldest, is a Managing Director at Price-waterhouseCoopers, LLC, in Boston, Massachusetts, where he lives with his wife, Julie, and their three children, Noelle, Nick, and Catherine. Paul resides in Lawrence where he works as the Tax and Compliance Reporting Officer at the Kansas University Endowment Association. His wife, Susan, who helps raise their son, Max, is a learning assistant for KU Athletics and teaches online English courses. Kelly, the youngest, has recently moved back to Lawrence after accepting a position as a Nurse Education Specialist with Children's Mercy Hospital in Kansas City, Missouri. Her husband, Phil, a former graduate student of Professor Richard Schowen, is a scientist at Zoetis, Inc. in Kalamazoo, Michigan.

Though Ron and Pam have lived in Lawrence, Kansas, for almost 45 years, they still cheer for the UW sports teams and the Green Bay Packers. The couple does have divided allegiances; however, during basketball season, as decades-long season ticket holders, they cheer for the KU basketball team, a focus of their winter and spring free time. Although Pam travels with Ron to his various conferences, their most enjoyable trips are often back home to Wisconsin to enjoy their lakeside family cottage, sharing that cottage with family and friends every summer. Both also enjoy cultivating their extensive gardens in Lawrence, maintaining a backyard the Lawrence Journal-World newspaper called "a whimsical, picturesque, woodland habitat that's an absolute joy to behold" in a feature on their gardens.

The Borchardts also enjoy giving back to the universities that have given them so much. Ron and Pam, as well as their children, have all set up scholarships to support others in pursuit of their academic dreams. The Borchardts give back to UW through the Ronald T. and Pamela K. Borchardt Scholarships for Pharm. D. students. At KU, all the families contribute to various funds including the Borchardt Family Scholarship for Graduate Study in the Beach Center on Disability, the Borchardt Family Tax Scholarship in the School of Business, and the Borchardt Family Basic Pharmaceutical Sciences Award and Scholarship in the School of Pharmacy.

The KU community has always been supportive of Ron's efforts, and he and his family members have flourished because of it. The family currently holds a total of eleven degrees from KU. Ron's extended family, his approximately 170 graduate students, post-doctoral fellows, and visiting scientists, bring him a great deal of pride as well. Ron has said that it is his job to teach his students "not just how to get to the five-yard line" but how to score a touchdown. That so many of them have gone on to score that game-winning touchdown, in academia, industry, and entrepreneurial pursuits, remains one of his greatest legacies.

Looking back on his career, Ron says he feels extremely fortunate to have had the opportunity to pursue his passion for research and teaching at KU. Having received direction and mentoring from the forward thinking minds of Professors Smissman and Higuchi while at the university, Ron now trusts that his colleagues, many of whom studied with him, will continue to provide the stability and direction to keep the Department of Pharmaceutical Chemistry and the School of Pharmacy at the university thriving.

In recognition of Ron's roles as a teacher, mentor, and scientist, KU has created the Ronald T. Borchardt Distinguished Professorship in Pharmaceutical Chemistry. Notably, Ron's former graduate students, postdoctoral fellows, colleagues, and friends in recognition of his contributions to their lives contributed most of the funding for this endowed distinguished professorship.

Ron is a man of many titles and accolades. However, the best of these may be ahead of him. On August 2, 2015, he transitioned into his new position as Distinguished Professor Emeritus of Pharmaceutical Chemistry at KU. Despite this new title, he will continue to be professionally active. In addition to maintaining his role as editor-in-chief of the Journal of Pharmaceutical Sciences, Ron will also continue to be involved in the leadership of GPEN, and to serve on several Scientific Advisory Boards and to provide consultation to pharmaceutical and biotechnology companies worldwide.

With perhaps some more personal time ahead, many have made suggestions for how Ron should spend that time: travel, family visits, landscaping, lake trips, or even as his sister suggests, engaging that creative part of his brain to learn a new language. Whatever he pursues in the next phase, we, as his friends, family, academic children, and colleagues, can say one thing for certain: he will do it his way.

## Acknowledgments

The authors would like to thank Dr. Kate Hillgren (Eli Lilly and Company), Dr. Dan Mudra (Eli Lilly and Company), and Professor Binghe Wang (Department of Chemistry, Georgia State University) for providing editorial comments.

## References

1. Kupchan SM, Yang TH, King ML, Borchardt RT. Thalictrum alkaloids. 8. The isolation, structural elucidation, and synthesis of dehydrothalicarpine. *J Org Chem.* 1968;33(3):1052-1055.
2. Smissman EE, Borchardt RT. A conformational study of catecholamine receptor sites. 5. Syntheses of dl-3-amino-2-(3,4-dihydroxyphenyl)-trans-2-decalol hydrochlorides. *J Med Chem.* 1971;14(5):377-382.
3. Smissman EE, Borchardt RT. A conformational study of catecholamine receptor sites. 6. Syntheses of dl-3-amino-2-(3,4-dihydroxyphenyl)-trans-2-decalin hydrochlorides. *J Med Chem.* 1971;14(5):383-387.
4. Smissman EE, Borchardt RT, Schowen KB. Conformational aspects of systems related to acetylcholine. 4. The syntheses of the dl-2-dimethylamino-trans-decalin methiodides. *J Med Chem.* 1972;15(5):545-548.
5. Milstien S, Cohen LA. Stereopopulation control. I. Rate enhancement in the lactonizations of o-hydroxyhydrocinnamic acids. *J Am Chem Soc.* 1972;94(26):9158-9165.
6. Borchardt RT, Cohen LA. Stereopopulation control. II. Rate enhancement of intramolecular nucleophilic displacement. *J Am Chem Soc.* 1972;94(26):9166-9174.
7. Borchardt RT, Cohen LA. Stereopopulation control. III. Facilitation of intramolecular conjugate addition of the carboxyl group. *J Am Chem Soc.* 1972;94(26):9175-9182.
8. Borchardt RT, Cohen LA. Stereopopulation control. IV. Facilitation of intramolecular conjugate addition of solvated hydroxyl groups. *J Am Chem Soc.* 1973;95(25):8303-8313.
9. Borchardt RT, Cohen LA. Stereopopulation control. V. Facilitation of intramolecular conjugate addition of an aldehyde hydrate and hemiacetal. *J Am Chem Soc.* 1973;95(25):8313-8319.
10. Borchardt RT, Cohen LA. Stereopopulation control. VI. Conformational selection of alternative oxidative pathways. *J Am Chem Soc.* 1973;95(25):8319-8326.
11. Levine MN, Raines RT. Trimethyl lock: A trigger for molecular release in chemistry, biology, and pharmacology. *Chem Sci.* 2012;3(8):2412-2420.
12. Creveling CR, Borchardt RT, Isersky C. Immunological characterization of catechol-O-methyltransferase. In Frontiers in catecholamine research; In: Usdin E, Snyder SH, eds. New York: Pergamon Press; 1973:117-119.
13. Borchardt RT. Catechol O-methyltransferase. 1. Kinetics of tropolone inhibition. *J Med Chem.* 1973;16(4):377-382.
14. Borchardt RT. Catechol O-methyltransferase. 2. In vitro inhibition by substituted 8-hydroxyquinolines. *J Med Chem.* 1973;16(4):382-387.
15. Borchardt RT. Catechol O-methyltransferase. 3. Mechanism of pyridoxal 5′-phosphate inhibition. *J Med Chem.* 1973;16(4):387-391.
16. Borchardt RT. Catechol O-methyltransferase. 4. In vitro inhibition by 3-hydroxy-4-pyrones, 3-hydroxy-2-pyridones, and 3-hydroxy-4-pyridones. *J Med Chem.* 1973;16(5):581-583.
17. Borchardt RT, Thakker D. Affinity labeling of catechol-O-methyltransferase with N-iodoacetyl-3,5-dimethoxy-4-hydroxyphenylethylamine. *Biochem Biophys Res Commun.* 1973;54(3):1233-1239.
18. Borchardt RT. Affinity labeling of catechol-O-methyltransferase by the oxidation products of 6-hydroxydopamine. *Mol Pharmacol.* 1975;11:436-449.
19. Borchardt RT, Huber JA. 5-Substituted-4-methoxy-5-hydroxybenzaldehydes and benzoic acids as inhibitors of catechol-O-methyltransferase. In Function and regulation of monoamine enzymes—Basic and clinical aspects; In: Usdin E, Weiner N, Youdin MBH, eds. London, UK: Macmillan; 1981:657-664.

*K.B. Schowen et al. / Journal of Pharmaceutical Sciences 105 (2016) 370–385*

20. Borchardt RT, Huber JA, Houston M. Catechol O-methyltransferase. 10. 5-Substituted 3-hydroxy-4-methoxybenzoic acids (isovanillic acids) and 5-substituted 3-hydroxy-4-methoxybenzaldehydes (isovanillins) as potential inhibitors. *J Med Chem*. 1982;25(3):258-263.

21. Borchardt RT, Thakker DR. Affinity labeling of catechol O-methyltransferase by N-haloacetyl derivatives of 3,5-dimethoxy-4-hydroxyphenylethylamine and 3,4-dimethoxy-5-hydroxyphenylethylamine. Kinetics of inactivation. *Biochemistry*. 1975;14(20):4543-4551.

22. Borchardt RT, Smissman EE, Nerland D, Reid JR. Catechol O-methyltransferase. 7. Affinity labeling with the oxidation products of 6-aminodopamine. *J Med Chem*. 1976;19(1):30-37.

23. Borchardt RT. Chemical probes of the active site of catechol-O-methyl-transferase. In: Usdin E, Weiner N, eds. *Biochemistry and function of mono-amine enzymes*. New York: Marcel Dekker; 1977:707-726.

24. Borchardt RT, Huber JA. Catechol O-methyltransferase. 11. Inactivation by 5-hydroxy-3-mercapto-4-methoxybenzoic acid. *J Med Chem*. 1982;25(3):321-323.

25. Borchardt RT, Thakker DR. Evidence for sulfhydryl groups at the active site of catechol-O-methyltransferase. *Biochim Biophys Acta*. 1976;445(3):598-609.

26. Hegazi MR, Borchardt RT, Schowen RL. An SN2-like transition state for methyl transfer catalyzed by catechol-O-methyltransferase. *J Am Chem Soc*. 1976;98:3048-3049.

27. Hegazi MR, Borchardt RT, Schowen RL. Alpha-deuterium and carbon-13 isotope effects for methyl transfer catalyzed by catechol-O-methyltransferase: SN2-like transition state. *J Am Chem Soc*. 1979;101:4359-4365.

28. Olsen J, Wu YS, Borchardt RT, Schowen RL. Transition-state structure and catalytic power in methyl transfer. In: Transmethylation; In: Usdin E, Borchardt RT, Creveling CR, eds. New York: Elsevier-North Holland; 1979:127-133.

29. Hanna PE, Borchardt RT. Histamine N-methyltransferase. Inhibition and potentiation by trans- and cis-1,5-diphenyl-3-dimethylaminopyrrolidine. *J Med Chem*. 1974;17(4):741-743.

30. Borchardt RT, Wu YS, Wu BS. S-adenosyl-l-homocysteine dialdehyde: An affinity labeling reagent for histamine-N-methyltransferase. *Biochem Biophys Res Commun*. 1977;78(3):1025-1033.

31. Borchardt RT, Wu YS, Wu BS. Affinity labeling of histamine N-methyltransferase by 2',3'-dialdehyde derivatives of S-adenosylhomocysteine and S-adenosylmethionine. Kinetics of inactivation. *Biochemistry*. 1978;17(20):4145-4152.

32. Borchardt RT. Inhibition of indolethylamine-N-methyltransferase by analogs of S-adenosylhomocysteine. *Biochem Pharmacol*. 1975;24(16):1542-1544.

33. Leboy PS, Glick JM, Steiner FG, Haney S, Borchardt RT. S-adenosylhomocysteine analogues as inhibitors of specific tRNA methylation. *Biochim Biophys Acta*. 1978;520(1):153-163.

34. Grunewald GL, Grindel JM, Vincek WC, Borchardt RT. Importance of the aromatic ring in adrenergic amines. Nonaromatic analogues of phenylethanolamine as substrates for phenylethanolamine N-methyltransferase. *Mol Pharmacol*. 1975;11(5):694-699.

35. Grunewald GL, Vincek WC, Davis DP, Borchardt RT. Some new inhibitors of epinephrine biosynthesis. In: Usdin E, Kopin IJ, Barchas J, eds. *Catecholamines: Basic and clinical frontiers*. New York: Pergamon Press; 1979:189-191.

36. Vincek WC, Aldrich CS, Borchardt RT, Grunewald GL. Importance of the aromatic ring in adrenergic amines. 5. Nonaromatic analogues of phenylethanolamine as inhibitors of phenylethanolamine N-methyltransferase: Role of hydrophobic and steric interactions. *J Med Chem*. 1981;24(1):7-12.

37. Davis DP, Borchardt RT, Grunewald GL. Importance of the aromatic ring in adrenergic amines. 6. Nonaromatic analogues of phenylethanolamine as inhibitors of phenylethanolamine N-methyltransferase: Role of pi-electronic and steric interactions. *J Med Chem*. 1981;24(1):12-16.

38. Grunewald GL, Borchardt RT, Rafferty MF, Krass P. Conformational preferences of amphetamine analogues for inhibition of phenylethanolamine N-methyltransferase. Conformationally defined adrenergic agents. 5. *Mol Pharmacol*. 1981;20(2):377-381.

39. Liang NY, Tessel RE, Grunewald GL, Borchardt RT. Inhibitors of phenyl-ethanolamine N-methyltransferase. 1. Effects of 2-cyclooctytyl-2-hydroxyethylamine on rat brain and adrenal catecholamine content and blood pressure. *J Pharmacol Exp Ther*. 1982;223(2):375-381.

40. Liang NY, Tessel RE, Grunewald GL, Borchardt RT. Inhibitors of phenylethanolamine-N-methyltransferase. 2. Comparison of nonaromatic analogs of phenylethanolamines, 7,8-dichloro-1,2,3,4-tetrahydroisoquinoline (SKF-64139) and 2,3-dichloro-alpha-methylbenzylamine: Effects on rat brain and adrenal catecholamine content and blood pressure. *J Pharmacol Exp Ther*. 1982;223(2):382-387.

41. Rafferty MF, Wilson DS, Monn JA, Krass P, Borchardt RT, Grunewald GL. Importance of the aromatic ring in adrenergic amines. 7. Comparison of the stereoselectivity of norepinephrine N-methyltransferase for aromatic vs. nonaromatic substrates and inhibitors. *J Med Chem*. 1982;25(10):1198-1204.

42. Rafferty MF, Krass P, Borchardt RT, Grunewald GL. Importance of the aromatic ring in adrenergic amines. 8. 2-(Aminomethyl)-trans-2-decalols as inhibitors of norepinephrine N-methyltransferase. *J Med Chem*. 1982;25(10):1250-1252.

43. Grunewald GL, Monn JA, Rafferty MF, Borchardt RT, Krass P. Probes of the active site of norepinephrine N-methyltransferase: Effect of hydrophobic and hydrophilic interactions on side-chain binding of amphetamine and alpha-methylbenzylamine. *J Med Chem*. 1982;25(10):1248-1250.

44. Rafferty MF, Borchardt RT, Grunewald GL. Directional probes of the hydrophobic component of the aromatic ring binding site of norepinephrine N-methyltransferase. *J Med Chem*. 1982;25(10):1204-1208.

45. Liang NY, Borchardt RT, Choi JC, Tessel RE, Grunewald GL. Effects of phenyl-ethanolamine N-methyltransferase inhibitors on rat brain catecholamine levels and body temperature. *Res Commun Chem Pathol Pharmacol*. 1982;37(3):445-452.

46. Liang NY, Hower JA, Borchardt RT. Effects of phenylethanolamine N-methyltransferase inhibitors on uptake and release of norepinephrine and dopamine from rat brain. *Res Commun Chem Pathol Pharmacol*. 1985;49(3):467-470.

47. Grunewald GL, Caldwell TM, Li Q, Slavica M, Criscione KR, Borchardt RT, Wang W. Synthesis and biochemical evaluation of 3-fluoromethyl-1,2,3, 4-tetrahydroisoquinolines as selective inhibitors of phenylethanolamine N-methyltransferase versus the alpha(2)-adrenoceptor. *J Med Chem*. 1999;42(18):3588-3601.

48. Eiden L, Borchardt RT, Rutledge CO. Protein carboxymethylation in neuro-secretary process. In: Usdin E, Borchardt RT, Creveling CR, eds. *Transmethylation*. New York: Elsevier North-Holland; 1979:539-546.

49. Borchardt RT, Eiden LE, Wu B, Rutledge CO. Sinefungin, a potent inhibitor or S-adenosylmethionine: Protein O-methyltransferase. *Biochim Biophys Res Commun*. 1979;89(3):919-924.

50. Eiden LE, Borchardt RT, Rutledge CO. Characteristics of protein carboxyl methylation in the rat hypothalamus. *J Neurochem*. 1982;38(3):631-637.

51. Borchardt RT, Kuonen D, Huber JA, Moorman A. Inhibition of calf thymus and rat hypothalamic synaptosomal protein carboxymethyltransferase by analogues of S-adenosylhomocysteine. *Mol Pharmacol*. 1982;21(1):181-186.

52. Borchardt RT, Wu YS. Potential inhibitors of S-adenosylmethionine-dependent methyltransferases. 5. Role of the asymmetric sulfonium pole in the enzymatic binding of S-adenosyl-l-methionine. *J Med Chem*. 1976;19(9):1099-1103.

53. Pugh CS, Borchardt RT, Stone HO. Inhibition of Newcastle disease virion messenger RNA (guanine-7-)-methyltransferase by analogues of S-adeno-sylhomocysteine. *Biochemistry*. 1977;16(17):3928-3932.

54. Pugh CS, Borchardt RT, Stone HO. Sinefungin, a potent inhibitor of virion mRNA(guanine-7-)-methyltransferase, mRNA(nucleoside-2'-)-methyltransferase, and viral multiplication. *J Biol Chem*. 1978;253(12):4075-4077.

55. Wertheimer AM, Chen SY, Borchardt RT, Furuichi Y. S-adenosylmethionine and its analogs. Structural features correlated with synthesis and methylation of mRNAs of cytoplasmic polyhedrosis virus. *J Biol Chem*. 1980;255(12):5924-5930.

56. Pugh CS, Borchardt RT. Effects of S-adenosylhomocysteine analogues on vaccinia viral messenger ribonucleic acid synthesis and methylation. *Biochemistry*. 1982;21(7):1535-1541.

57. Borchardt RT, Wu YS. Potential inhibitors of S-adenosylmethionine-dependent methyltransferases. 1. Modification of the amino acid portion of S-adenosylhomocysteine. *J Med Chem*. 1974;17(8):862-868.

58. Borchardt RT, Huber JA, Wu YS. Potential inhibitor of S-adenosylmethionine-dependent methyltransferases. 2. Modification of the base portion of S-adenosylhomocysteine. *J Med Chem*. 1974;17(8):868-873.

59. Borchardt RT. Synthesis and biological activity of analogs of S-adenosylho-mocysteine and inhibitors of methyltransferases. In: Solvatore F, Borck E, Zappia V, Williams-Ashman HG, Schlenk F, eds. *The biochemistry of S-adeno-sylmethionine*. New York: Columbia University Press; 1977:151-170.

60. Borchardt RT, Wu YS. Potential inhibitors of S-adenosylmethionine-dependent methyltransferases. 3. Modifications of the sugar portion of S-adenosylhomocysteine. *J Med Chem*. 1975;18(3):300-304.

61. Borchardt RT, Wu Y. S-aristeromycinyl-L-homocysteine, apotent inhibitor of S-adenosylmethionine-dependent transmethylations. *J Med Chem*. 1976;19(1):197-198.

62. Borchardt RT, Huber JA, Wu YS. Potential inhibitors of S-adenosylmethionine-dependent methyltransferases. 4. Further modifications of the amino and base portions of S-adenosyl-L-homocysteine. *J Med Chem*. 1976;19(9):1094-1099.

63. Borchardt RT, Wu YS, Huber JA, Wycpalek AF. Potential inhibitors of S-adenosylmethionine-dependent methyltransferases. 6. Structural modifications of S-adenosylmethionine. *J Med Chem*. 1976;19(9):1104-1110.

64. Borchardt RT, Wu YS, Wu BS. Potential inhibitors of S-adenosylmethionine-dependent methyltransferases. 7. Role of the ribosyl moiety in enzymatic binding of S-adenosyl-l-homocysteine and S-adenosyl-l-methionine. *J Med Chem*. 1978;21(12):1307-1310.

65. Borchardt RT. S-adenosyl-l-methionine-dependent macro-molecule methyl-transferases: Potential targets for the design of chemotherapeutic agents. *J Med Chem*. 1980;23(4):347-357.

66. Borchardt RT, Keller BT, Patel-Thombre U. Neplanocin A. A potent inhibitor of S-adenosylhomocysteine hydrolase and of vaccinia virus multiplication in mouse L929 cells. *J Biol Chem*. 1984;259(7):4353-4358.

67. Hasobe M, McKee JG, Borcherding DR, Borchardt RT. 9-(Trans-2',trans-3'-dihydroxycyclopent-4'-enyl)-adenine and -3-deazaadenine: Analogs of neplanocin A which retain potent antiviral activity but exhibit reduced cytotoxicity. *Antimicrob Agents Chemother*. 1987;31(11):1849-1851.

68. Houston DM, Dolence EK, Keller BT, Patel-Thombre U, Borchardt RT. Potential inhibitors of S-adenosylmethionine-dependent methyltransferases. 8. Molecular dissections of carbocyclic 3-deazaadenosine as inhibitors of S-adeno-sylhomocysteine hydrolase. *J Med Chem*. 1985;28(4):467-471.

69. Houston DM, Dolence EK, Keller BT, Patel-Thombre U, Borchardt RT. Potential inhibitors of S-adenosylmethionine-dependent methyltransferases. 9. 2′,3′-Dialdehyde derivatives of carbocyclic purine nucleosides as inhibitors of S-adenosylhomocysteine hydrolase. *J Med Chem*. 1985;28(4):471-477.

70. Houston DM, Matuszewska B, Borchardt RT. Potential inhibitors of S-adenosylmethionine-dependent methyltransferases. 10. Base- and amino acid modified analogues of S-aristeromycinyl-L-homocysteine. *J Med Chem*. 1985;28(4):478-482.

71. Keller BT, Borchardt RT. Adenosine dialdehyde: A potent inhibitor of vaccinia virus multiplication in mouse L929 cells. *Mol Pharmacol*. 1987;31(5):485-492.

72. Borcherding DR, Scholtz SA, Borchardt RT. Synthesis of analogs of neplanocin-A—Utilization of optically-active dihydroxycyclopentenones derived from carbohydrates. *J Org Chem*. 1987;52(24):5457-5461.

73. Hasobe M, McKee JG, Borcherding DR, Keller BT, Borchardt RT. Effects of 9-(trans-2′,trans-3′-dihydroxycyclopent-4′-enyl)-adenine and -3-deazaadenine on the metabolism of S-adenosylhomocysteine in mouse L929 cells. *Mol Pharmacol*. 1988;33(6):713-720.

74. Borcherding DR, Narayanan S, Hasobe M, McKee JG, Keller BT, Borchardt RT. Potential inhibitors of S-adenosylmethionine-dependent methyltransferases. 11. Molecular dissections of neplanocin A as potential inhibitors of S-adenosylhomocysteine hydrolase. *J Med Chem*. 1988;31(9):1729-1738.

75. Narayanan SR, Keller BT, Borcherding DR, Scholtz SA, Borchardt RT. 9-(Trans-2′,trans-3′-dihydroxycyclopent-4′-enyl) derivatives of adenine and 3-deazaadenine: Potent inhibitors of bovine liver S-adenosylhomocysteine hydrolase. *J Med Chem*. 1988;31(3):500-503.

76. Hasobe M, McKee JG, Borchardt RT. Relationship between intracellular concentration of S-adenosylhomocysteine and inhibition of vaccinia virus replication and inhibition of murine L-929 cell growth. *Antimicrob Agents Chemother*. 1989;33(6):828-834.

77. Hasobe M, McKee JG, Ishii H, Cools M, Borchardt RT, De Clercq E. Elucidation of the mechanism by which homocysteine potentiates the anti-vaccinia virus effects of the S-adenosylhomocysteine hydrolase inhibitor 9-(trans-2′,trans-3′-dihydroxycyclopent-4′-enyl)-adenine. *Mol Pharmacol*. 1989;36(3):490-496.

78. De Clercq E, Cools M, Balzarini J, Marquez VE, Borcherding DR, Borchardt RT, Drach JC, Kitaoka S, Konno T. Broad-spectrum antiviral activities of neplanocin A, 3-deazaneplanocin A, and their 5′-nor derivatives. *Antimicrob Agents Chemother*. 1989;33(8):1291-1297.

79. Votruba I, Hasobe M, Holy A, Borchardt RT. 2-Methylpropyl ester of 3-(adenin-9-yl)-2-hydroxypropanoic acid. Mechanism of antiviral action in vaccinia virus-infected L929 cells. *Biochem Pharmacol*. 1990;39(10):1573-1580.

80. Wolfe MS, Borchardt RT. S-adenosyl-L-homocysteine hydrolase as a target for antiviral chemotherapy. *J Med Chem*. 1991;34(5):1521-1530.

81. Wolfe MS, Lee Y, Bartlett WJ, Borcherding DR, Borchardt RT. 4′-Modified analogues of aristeromycin and neplanocin A: Synthesis and inhibitory activity toward S-adenosyl-L-homocysteine hydrolase. *J Med Chem*. 1992;35(10):1782-1791.

82. Liu S, Wolfe MS, Borchardt RT. Rational approaches to the design of antiviral agents based on S-adenosyl-L-homocysteine hydrolase as a molecular target. *Antiviral Res*. 1992;19(3):247-265.

83. Robins MJ, Samano V, Zhang W, Balzarini J, De Clercq E, Borchardt RT, Lee Y, Yuan CS. Nucleic acid related compounds. 74. Synthesis and biological activity of 2′(and 3′)-deoxy-2′(and 3′)-methylenenucleoside analogues that function as mechanism-based inhibitors of S-adenosyl-L-homocysteine hydrolase and/or ribonucleotide reductase. *J Med Chem*. 1992;35(12):2283-2293.

84. Ault-Riche DB, Lee Y, Yuan CS, Hasobe M, Wolfe MS, Borcherding DR, Borchardt RT. Effects of 4′-modified analogs of aristeromycin on the metabolism of S-adenosyl-L-homocysteine in murine L929 cells. *Mol Pharmacol*. 1993;43(6):989-997.

85. Robins MJ, Wnuk SF, Mullah KB, Dalley NK, Yuan CS, Lee YH, Borchardt RT. Nucleic-acid related-compounds. 80. Synthesis of 5′-S-(alkyl and aryl)-5′-fluoro-5′-thioadenosines with xenon difluoride or (diethylamido)sulfur trifluoride, hydrolysis in aqueous buffer, and inhibition of S-adenosyl-L-homocysteine hydrolase by derived adenosine 5′-aldehyde species. *J Org Chem*. 1994;59(3):544-555.

86. Wnuk SF, Yuan CS, Borchardt RT, Balzarini J, De Clercq E, Robins MJ. Nucleic acid related compounds. 84. Synthesis of 6′-(E and Z)-halohomovinyl derivatives of adenosine, inactivation of S-adenosyl-L-homocysteine hydrolase, and correlation of anticancer and antiviral potencies with enzyme inhibition. *J Med Chem*. 1994;37(21):3579-3587.

87. Patel UG, Borchardt RT. Adenine nucleoside 2′,3′-dialdehydes: Potent inhibitors of bovine liver S-adenosylhomocysteine hydrolase. *Biochemistry*. 1985;24:1130-1136.

88. Keller BT, Clark RS, Pegg AE, Borchardt RT. Purification and characterization of some metabolic effects of S-neplanocylmethionine. *Mol Pharmacol*. 1985;28(4):364-370.

89. Matuszewska B, Borchardt RT. The role of nicotinamide adenine dinucleotide in the inhibition of bovine liver S-adenosylhomocysteine hydrolase by neplanocin A. *J Biol Chem*. 1987;262(1):265-268.

90. Paisley SD, Wolfe MS, Borchardt RT. Oxidation of neplanocin A to the corresponding 3′-keto derivative by S-adenosylhomocysteine hydrolase. *J Med Chem*. 1989;32(7):1415-1418.

91. Wolfe JL, Vandervelde D, Borchardt RT. Facilitated intramolecular conjugate addition of N-(methoxyphenyl)-3-(3′,6′-dioxo-2′,4′-dimethylcyclohexa-1′,4′-dienyl)-3,3-dimethylpropionamide. 1. Product characterization. *J Org Chem*. 1992;57(23):6138-6142.

92. Liu SM, Wolfe MS, Yuan CS, Ali SM, Borchardt RT. Synthesis and evaluation of 4′,5′-dehydro-5′-fluoroaristeromycins as S-adenosyl-L-homocysteine (AdoHcy) hydrolase inhibitors. *Bioorg Med Chem Lett*. 1992;2(12):1741-1744.

93. Liu S, Wnuk SF, Yuan C, Robins MJ, Borchardt RT. Adenosine-5′-carboxaldehyde: A potent inhibitor of S-adenosyl-L-homocysteine hydrolase. *J Med Chem*. 1993;36(7):883-887.

94. Yuan CS, Liu SM, Wnuk SF, Robins MJ, Borchardt RT. Rational approaches to the design of mechanism-based inhibitors of S-adenosylhomocysteine hydrolase. *Nucleos Nucleot*. 1995;14(3-5):439-447.

95. Yuan CS, Liu S, Wnuk S, Robins MJ, Borchardt RT. Design and synthesis of S-adenosylhomocysteine hydrolase as broad-spectrum antiviral agents. In: Clercq ED, ed. *Advances in antiviral drug design*. Greenwich, Connecticut: JAI Press, Inc.; 1996:41-88.

96. Liu S, Yuan CS, Borchardt RT. Aristeromycin-5′-carboxaldehyde: A potent inhibitor of S-adenosyl-L-homocysteine hydrolase. *J Med Chem*. 1996;39(12):2347-2353.

97. Wnuk SF, Liu S, Yuan CS, Borchardt RT, Robins MJ. Inactivation of S-adenosyl-L-homocysteine hydrolase by amide and ester derivatives of adenosine-5′-carboxylic acid. *J Med Chem*. 1996;39(21):4162-4166.

98. Wnuk SF, Yuan CS, Borchardt RT, Balzarini J, De Clercq E, Robins MJ. Anticancer and antiviral effects and inactivation of S-adenosyl-L-homocysteine hydrolase with 5′-carboxaldehydes and oximes synthesized from adenosine and sugar-modified analogues. *J Med Chem*. 1997;40(11):1608-1618.

99. Wnuk SF, Yuan CS, Borchardt RT, Robins MJ. Synthesis of homologated halovinyl derivatives from aristeromycin and their inhibition of human placental S-adenosyl-L-homocysteine hydrolase. *Nucleos Nucleot*. 1998;17(1-3):99-113.

100. Robins MJ, Wnuk SF, Yang X, Yuan CS, Borchardt RT, Balzarini J, De Clercq E. Inactivation of S-adenosyl-L-homocysteine hydrolase and antiviral activity with 5′,5′,6′,6′-tetradehydro-6′-deoxy-6′-halohomoadenosine analogues (4′-haloacetylene analogues derived from adenosine). *J Med Chem*. 1998;41(20):3857-3864.

101. Yuan CS, Saso Y, Lazarides E, Borchardt RT, Robins MJ. Recent advances in S-adenosyl-L-homocysteine hydrolase inhibitors and their potential clinical applications. *Expert Opin Ther Pat*. 1999;9(9):1197-1206.

102. Wnuk SF, Yuan CS, Borchardt RT, Robins MJ. Design and biological evaluation of new mechanism-based inhibitors of S-adenosyl-L-homocysteine hydrolase. *Nucleos Nucleot*. 1999;18(4-5):595-596.

103. Yin D, Yang X, Yuan CS, Borchardt RT. Mechanism-based S-adenosyl-L-homocysteine hydrolase inhibitors in the search for broad-spectrum antiviral agents. In: Torrence PF, ed. *Biomedical chemistry: Applying chemical principles to the understanding and treatment of disease*. New York: John Wiley & Sons, Inc; 2000:41-71.

104. Wnuk SF, Valdez CA, Khan J, Moutinho P, Robins MJ, Yang XD, Borchardt RT, Balzarini J, De Clercq E. Doubly homologated dihalovinyl and acetylene analogues of adenosine: Synthesis, interaction with S-adenosyl-L-homocysteine hydrolase, and antiviral and cytostatic effects. *J Med Chem*. 2000;43(6):1180-1186.

105. Yang X, Yin D, Wnuk SF, Robins MJ, Borchardt RT. Mechanisms of inactivation of human S-adenosylhomocysteine hydrolase by 5′,5′,6′,6′-tetradehydro-6′-deoxy-6′-halohomoadenosines. *Biochemistry*. 2000;39(49):15234-15241.

106. Wnuk SF, Ro BO, Valdez CA, Lewandowska E, Valdez NX, Sacasa PR, Yin D, Zhang J, Borchardt RT, De Clercq E. Sugar-modified conjugated diene analogues of adenosine and uridine: Synthesis, interaction with S-adenosyl-L-homocysteine hydrolase, and antiviral and cytostatic effects. *J Med Chem*. 2002;45(12):2651-2658.

107. Miles RW, Nielsen LP, Ewing GJ, Yin D, Borchardt RT, Robins MJ. S-homoadenosyl-L-cysteine and S-homoadenosyl-L-homocysteine. Synthesis and binding studies of non-hydrolyzed substrate analogues with S-adenosyl-L-homocysteine hydrolase. *J Org Chem*. 2002;67(23):8258-8260.

108. Wnuk SF, Sacasa PR, Crain LN, Lewandowska E, Zhang J, Borchardt RT. Stereocontrolled synthesis of diene and enyne sugar-modified nucleosides and their interaction with S-adenosyl-L-homocysteine hydrolase. *Nucleosides Nucleotides Nucleic Acids*. 2003;22(5-8):783-785.

109. Wnuk SF, Lewandowska E, Sacasa PR, Crain LN, Zhang J, Borchardt RT, De Clercq E. Stereoselective synthesis of sugar-modified enyne analogues of adenosine and uridine. Interaction with S-adenosyl-L-homocysteine hydrolase and antiviral and cytostatic effects. *J Med Chem*. 2004;47(21):5251-5257.

110. Wang M, Zhang J, Andrei D, Kuczera K, Borchardt RT, Wnuk SF. Are L-adenosine and its derivatives substrates for S-adenosyl-L-homocysteine hydrolase? *J Med Chem*. 2005;48(10):3649-3653.

111. Wnuk SF, Sacasa PR, Lewandowska E, Andrei D, Cai S, Borchardt RT. Synthesis of 5′-functionalized nucleosides: S-adenosylhomocysteine analogues with the carbon-5′ and sulfur atoms replaced by a vinyl or halovinyl unit. *Bioorg Med Chem*. 2008;16(10):5424-5433.

112. Keller BT, Borchardt RT. Metabolic conversion of neplanocin-A to S-neplanocylmethionine by mouse L929-cells. *Biochem Biophys Res Commun*. 1984;120(1):131-137.

113. Yuan CS, Ault-Riche DB, Borchardt RT. Chemical modification and site-directed mutagenesis of cysteine residues in human placental S-adenosylhomocysteine hydrolase. *J Biol Chem*. 1996;271(45):28009-28016.

114. Turner MA, Yuan CS, Borchardt RT, Hershfield MS, Smith GD, Howell PL. Structure determination of selenomethionyl S-adenosylhomocysteine hydrolase using data at a single wavelength. *Nat Struct Biol*. 1998;5(5):369-376.

K.B. Schowen et al. / Journal of Pharmaceutical Sciences 105 (2016) 370–385

115. Yang X, Hu Y, Yin DH, Turner MA, Wang M, Borchardt RT, Howell PL, Kuczera K, Schowen RL. Catalytic strategy of S-adenosyl-L-homocysteine hydrolase: Transition-state stabilization and the avoidance of abortive reactions. *Biochemistry*. 2003;42(7):1900-1909.

116. Hu Y, Yang X, Yin DH, Mahadevan J, Kuczera K, Schowen RL, Borchardt RT. Computational characterization of substrate binding and catalysis in S-adenosylhomocysteine hydrolase. *Biochemistry*. 2001;40(50):15143-15152.

117. Elrod P, Zhang J, Yang X, Yin D, Hu Y, Borchardt RT, Schowen RL. Contributions of active site residues to the partial and overall catalytic activities of human S-adenosylhomocysteine hydrolase. *Biochemistry*. 2002;41(25):8134-8142.

118. Wang M, Unruh JR, Johnson CK, Kuczera K, Schowen RL, Borchardt RT. Effects of ligand binding and oxidation on hingebending motions in S-adenosyl-L-homocysteine hydrolase. *Biochemistry*. 2006;45(25):7778-7786.

119. Li QS, Cai S, Borchardt RT, Fang J, Kuczera K, Middaugh CR, Schowen RL. Comparative kinetics of cofactor association and dissociation for the human and trypanosomal S-adenosylhomocysteine hydrolases. 1. Basic features of the association and dissociation processes. *Biochemistry*. 2007;46(19):5798-5809.

120. Hu C, Fang J, Borchardt RT, Schowen RL, Kuczera K. Molecular dynamics simulations of domain motions of substrate-free S-adenosyl-L-homocysteine hydrolase in solution. *Proteins*. 2008;71(1):131-143.

121. Ault-Riche DB, Yuan CS, Borchardt RT. A single mutation at lysine 426 of human placental S-adenosylhomocysteine hydrolase inactivates the enzyme. *J Biol Chem*. 1994;269(50):31472-31478.

122. Yin D, Yang X, Hu Y, Kuczera K, Schowen RL, Borchardt RT, Squier TC. Substrate binding stabilizes S-adenosylhomocysteine hydrolase in a closed conformation. *Biochemistry*. 2000;39(32):9811-9818.

123. Turner MA, Yang XD, Yin D, Kuczera K, Borchardt RT, Howell PL. Structure and function of S-adenosylhomocysteine hydrolase. *Cell Biochem Biophys*. 2000;33(2):101-125.

124. Yuan CS, Yeh J, Liu S, Borchardt RT. Mechanism of inactivation of S-adenosylhomocysteine hydrolase by (Z)-4′,5′-didehydro-5′-deoxy-5′-fluoroadenosine. *J Biol Chem*. 1993;268(23):17030-17037.

125. Yuan CS, Yeh J, Squier TC, Rawitch A, Borchardt RT. Ligand-dependent changes in intrinsic fluorescence of S-adenosylhomocysteine hydrolase: Implications for the mechanism of inhibitor-induced inhibition. *Biochemistry*. 1993;32(39):10414-10422.

126. Hasobe M, Liang H, Ault riche DB, Borcherding DR, Wolfe MS, Borchardt RT. (1′r,2′s,3′r)-9-(2′,3′-Dihydroxycyclopentan-1′-Yl)-adenine and 3-deaza-adenine—Analogs of aristeromycin which exhibit potent antiviral activity with reduced cytotoxicity. *Antiviral Chem Chemother*. 1993;4(4):245-248.

127. Yuan CS, Wnuk SF, Liu S, Robins MJ, Borchardt RT. (E)-5′,6′-didehydro-6′-deoxy-6′-fluorohomoadenosine: A substrate that measures the hydrolytic activity of S-adenosylhomocysteine hydrolase. *Biochemistry*. 1994;33(40):12305-12311.

128. Yuan CS, Borchardt RT. Photoaffinity labeling of human placental S-adenosylhomocysteine hydrolase with [2-3H]8-azido-adenosine. *J Biol Chem*. 1995;270(27):16140-16146.

129. Huang H, Yuan CS, Wnuk SF, Robins MJ, Borchardt RT. The mechanism of inactivation of human placental S-adenosylhomocysteine hydrolase by (E)-4′,5′-didehydro-5′-methoxyadenosine and adenosine 5′-carboxaldehyde oxime. *Arch Biochem Biophys*. 1997;343(1):109-117.

130. Wnuk SF, Mao Y, Yuan CS, Borchardt RT, Andrei G, Balzarini J, De Clercq E, Robins MJ. Discovery of type II (covalent) inactivation of S-adenosyl-L-homocysteine hydrolase involving its "hydrolytic activity": Synthesis and evaluation of dihalohomovinyl nucleoside analogues derived from adenosine. *J Med Chem*. 1998;41(16):3078-3083.

131. Yuan CS, Wnuk SF, Robins MJ, Borchardt RT. A novel mechanism-based inhibitor (6′-bromo-5′,6′-didehydro-6′-deoxy-6′-fluorohomoadenosine) that covalently modifies human placental S-adenosylhomocysteine hydrolase. *J Biol Chem*. 1998;273(29):18191-18197.

132. Robins MJ, Neschadimenko V, Ro BO, Yuan CS, Borchardt RT, Wnuk SF. Nucleic acid related compounds. 101. S-adenosyl-L-homocysteine hydrolase does not hydrate (5′-fluoro)vinyl or (6′-halo)homovinyl analogues derived from 3′-deoxyadenosine or 3′-(chloro or fluoro)-3′-deoxyadenosine. *J Org Chem*. 1998;63(4):1205-1211.

133. Li QS, Cai S, Fang J, Borchardt RT, Kuczera K, Middaugh CR, Schowen RL. Comparative kinetics of cofactor association and dissociation for the human and trypanosomal S-adenosylhomocysteine hydrolases. 2. The role of helix 18 stability. *Biochemistry*. 2008;47(17):4983-4991.

134. Cai S, Li QS, Borchardt RT, Kuczera K, Schowen RL. The antiviral drug ribavirin is a selective inhibitor of S-adenosyl-L-homocysteine hydrolase from trypanosoma cruzi. *Bioorg Med Chem*. 2007;15(23):7281-7287.

135. Cai S, Li QS, Fang J, Borchardt RT, Kuczera K, Middaugh CR, Schowen RL. The rationale for targeting the NAD/NADH cofactor binding site of parasitic S-adenosyl-L-homocysteine hydrolase for the design of anti-parasitic drugs. *Nucleosides Nucleotides Nucleic Acids*. 2009;28(5):485-503.

136. Li QS, Cai S, Fang J, Borchardt RT, Kuczera K, Middaugh CR, Schowen RL. Evaluation of NAD(H) analogues as selective inhibitors for Trypanosoma cruzi S-adenosylhomocysteine hydrolase. *Nucleosides Nucleotides Nucleic Acids*. 2009;28(5):473-484.

137. Cai S, Fang J, Li QS, Borchardt RT, Kuczera K, Middaugh CR, Schowen RL. Comparative kinetics of cofactor association and dissociation for the human and trypanosomal S-adenosylhomocysteine hydrolases. 3. Role of lysyl and tyrosyl residues of the C-terminal extension. *Biochemistry*. 2010;49(38):8434-8441.

138. Borchardt RT, Hidalgo, I.J., Raub, T.J. and Borchardt, R.T.: Colon carcinoma cell line (Caco-2) as a model system for intestinal epithelial permeability. Gastroenterology, 96, 736–749, 1989—The backstory. *APPS J*. 2011;13(3):323-327.

139. Borchardt RT. Interview with a distinguished pharmaceutical scientist: Ronald T. Borchardt, Ph.D., recipient of the 1997 AAPS distinguished pharmaceutical scientist award. *Pharm Res*. 1997;14(11):1500-1503.

140. Borchardt RT. Drug design with ADME in mind; recent paradigm shift in drug discovery. Solvay Pharmaceuticals Conference on Medicinal Chemistry—Towards drugs of the future: Key issues in lead finding and lead optimization, 2007. Garmisch-Partenkirchen, Germany, Amsterdam: IOS Press; 2008:57-74.

141. Osiecka I, Porter PA, Borchardt RT, Fix JA, Gardner CR. In vitro drug absorption models. I. Brush border membrane vesicles, isolated mucosal cells and everted intestinal rings: Characterization and salicylate accumulation. *Pharm Res*. 1985;2(6):284-293.

142. Osiecka I, Cortese M, Porter PA, Borchardt RT, Fix JA, Gardner CR. Intestinal absorption of alpha-methyldopa: In vitro mechanistic studies in rat small intestinal segments. *J Pharmacol Exp Ther*. 1987;242(2):443-449.

143. Audus KL, Borchardt RT. Characterization of an in vitro blood-brain barrier model system for studying drug transport and metabolism. *Pharm Res*. 1986;3(2):81-87.

144. Audus KL, Borchardt RT. Characteristics of the large neutral amino acid transport system of bovine brain microvessel endothelial cell monolayers. *J Neurochem*. 1986;47(2):484-488.

145. Rim S, Audus KL, Borchardt RT. Relationship of octanol/buffer and octanol/water partition coefficients to transcellular diffusion across brain microvessel endothelial cell monolayers. *Int J Pharm*. 1986;32:79-84.

146. van Bree JB, Audus KL, Borchardt RT. Carrier-mediated transport of baclofen across monolayers of bovine brain endothelial cells in primary culture. *Pharm Res*. 1988;5(6):369-371.

147. Chastain Jr JE, Borchardt RT. L-a-methyldopa transport across bovine brain microvessel endothelial cell monolayers, a model of the blood brain barrier. *J Neurochem*. 1989;4:147-152.

148. Chastain Jr JE, Borchardt RT. Acivicin transport across bovine brain microvessel endothelial cell monolayers, a model of the blood brain barrier. *Neurosci Res Commun*. 1990;6:51-55.

149. Takakura Y, Kuentzel SL, Raub TJ, Davies A, Baldwin SA, Borchardt RT. Hexose uptake in primary cultures of bovine brain microvessel endothelial cells. I. Basic characteristics and effects of D-glucose and insulin. *Biochim Biophys Acta*. 1991;1070(1):1-10.

150. Baranczyk-Kuzma A, Audus KL, Borchardt RT. Catecholamine-metabolizing enzymes of bovine brain microvessel endothelial cell monolayers. *J Neurochem*. 1986;46(6):1956-1960.

151. Scriba GK, Borchardt RT. Metabolism of catecholamine esters by cultured bovine brain microvessel endothelial cells. *J Neurochem*. 1989;53(2):610-615.

152. Scriba GK, Borchardt RT. Metabolism of 1-methyl-4-phenyl-1,2,3,6-tetrahydropyridine (MPTP) by bovine brain microvessel endothelial cells. *Brain Res*. 1989;501(1):175-178.

153. Baranczyk-Kuzma A, Garren JA, Hidalgo IJ, Borchardt RT. Substrate specificity and some properties of phenol sulfotransferase from human intestinal Caco-2 cells. *Life Sci*. 1991;49(16):1197-1206.

154. Baranczyk-Kuzma A, Audus KL, Guillot FL, Borchardt RT. Effects of selected vasoactive substances on adenylate cyclase activity in brain, isolated brain microvessels, and primary cultures of brain microvessel endothelial cells. *Neurochem Res*. 1992;17(2):209-214.

155. Smith KR, Kato A, Borchardt RT. Characterization of specific receptors for atrial natriuretic factor on cultured bovine brain capillary endothelial cells. *Biochem Biophys Res Commun*. 1988;157(1):308-314.

156. Rosenfeld RG, Pham H, Keller BT, Borchardt RT, Pardridge WM. Demonstration and structural comparison of receptors for insulin-like growth factor-I and -II (IGF-I and -II) in brain and blood-brain barrier. *Biochem Biophys Res Commun*. 1987;149(1):159-166.

157. Miller DW, Keller BT, Borchardt RT. Identification and distribution of insulin receptors on cultured bovine brain microvessel endothelial cells: Possible function in insulin processing in the blood-brain barrier. *J Cell Physiol*. 1994;161(2):333-341.

158. Audus KL, Rose J, Wang W, Borchardt RT. Brain microvessel endothelial cell culture systems. In: Pardridge WM, ed. *An introduction to the blood-brain barrier: Methodology, biology and pathology*. New York: Cambridge University Press; 1998:86-93.

159. Rousset M, Chevalier G, Rousset JP, Dussaulx E, Zweibaum A. Presence and cell growth-related variations of glycogen in human colorectal adenocarcinoma cell lines in culture. *Cancer Res*. 1979;39(2 Pt 1):531-534.

160. Hidalgo IJ, Raub TJ, Borchardt RT. Characterization of the human colon carcinoma cell line (Caco-2) as a model system for intestinal epithelial permeability. *Gastroenterology*. 1989;96(3):736-749.

161. Hidalgo IJ, Borchardt RT. Transport of bile acids in a human intestinal epithelial cell line, Caco-2. *Biochim Biophys Acta*. 1990;1035(1):97-103.

162. Kim DC, Harrison AW, Ruwart MJ, Wilkinson KF, Fisher JF, Hidalgo IJ, Borchardt RT. Evaluation of the bile acid transporter in enhancing intestinal permeability to renin-inhibitory peptides. *J Drug Target*. 1993;1(4):347-359.

163. Ng KY, Borchardt RT. Biotin transport in a human intestinal epithelial cell line (Caco-2). *Life Sci*. 1993;53(14):1121-1127.

164. Islam I, Ng KY, Chong KT, McQuade TJ, Hui JO, Wilkinson KF, Rush BD, Ruwart MJ, Borchardt RT, Fisher JF. Evaluation of a vitamin-cloaking strategy for oligopeptide therapeutics: Biotinylated HIV-1 protease inhibitors. *J Med Chem*. 1994;37(2):293-304.

165. Borchardt RT, Smith P, Wilson G, eds. *Models for assessing drug absorption and metabolism*. New York: Plenum Press; 1996.

166. Ehrhardt C, Kim K-J, eds. *Drug absorption studies: In situ, in vitro and in silico models*. New York: Springer; 2008.

167. Manning MC, Patel K, Borchardt RT. Stability of protein pharmaceuticals. *Pharm Res*. 1989;6(11):903-918.

168. Bhatt NP, Patel K, Borchardt RT. Chemical pathways of peptide degradation. I. Deamidation of adrenocorticotropic hormone. *Pharm Res*. 1990;7(6):593-599.

169. Patel K, Borchardt RT. Chemical pathways of peptide degradation. II. Kinetics of deamidation of an asparaginyl residue in a model hexapeptide. *Pharm Res*. 1990;7(7):703-711.

170. Patel K, Borchardt RT. Chemical pathways of peptide degradation. III. Effect of primary sequence on the pathways of deamidation of asparaginyl residues in hexapeptides. *Pharm Res*. 1990;7(8):787-793.

171. Lai MC, Hageman MJ, Schowen RL, Borchardt RT, Topp EM. Chemical stability of peptides in polymers. 1. Effect of water on peptide deamidation in poly(-vinyl alcohol) and poly(vinyl pyrrolidone) matrixes. *J Pharm Sci*. 1999;88(10):1073-1080.

172. Oliyai C, Patel JP, Carr L, Borchardt RT. Chemical pathways of peptide degradation. VII. Solid state chemical instability of an aspartyl residue in a model hexapeptide. *Pharm Res*. 1994;11(6):901-908.

173. Stevenson CL, Friedman AR, Kubiak TM, Donlan ME, Borchardt RT. Effect of secondary structure on the rate of deamidation of several growth hormone releasing factor analogs. *Int J Pept Protein Res*. 1993;42(6):497-503.

174. Li B, O'Meara MH, Lubach JW, Schowen RL, Topp EM, Munson EJ, Borchardt RT. Effects of sucrose and mannitol on asparagine deamidation rates of model peptides in solution and in the solid state. *J Pharm Sci*. 2005;94(8):1723-1735.

175. Li S, Schöneich C, Wilson GS, Borchardt RT. Chemical pathways of peptide degradation. V. Ascorbic acid promotes rather than inhibits the oxidation of methionine to methionine sulfoxide in small model peptides. *Pharm Res*. 1993;10(11):1572-1579.

176. Li S, Nguyen TH, Schöneich C, Borchardt RT. Aggregation and precipitation of human relaxin induced by metal-catalyzed oxidation. *Biochemistry*. 1995;34(17):5762-5772.

177. Li B, Borchardt RT, Topp EM, VanderVelde D, Schowen RL. Racemization of an asparagine residue during peptide deamidation. *J Am Chem Soc*. 2003;125(38):11486-11487.

178. Okumu FW, Pauletti GM, Vander Velde DG, Siahaan TJ, Borchardt RT. Effect of restricted conformational flexibility on the permeation of model hexapeptides across Caco-2 cell monolayers. *Pharm Res*. 1997;14(2):169-175.

179. Tamura K, Agriss KA, Vander Velde D, Aube J, Borchardt RT. Effect of stereochemistry on the transport of Aca-linked betaturn peptidomimetics across a human intestinal cell line. *Bioorg Med Chem*. 1997;5(9):1859-1866.

180. Knipp GT, Vander Velde DG, Siahaan TJ, Borchardt RT. The effect of beta-turn structure on the passive diffusion of peptides across Caco-2 cell monolayers. *Pharm Res*. 1997;14(10):1332-1340.

181. Kim DC, Burton PS, Borchardt RT. A correlation between the permeability characteristics of a series of peptides using an in vitro cell culture model (Caco-2) and those using an in situ perfused rat ileum model of the intestinal mucosa. *Pharm Res*. 1993;10(12):1710-1714.

182. Chikhale EG, Burton PS, Borchardt RT. The effect of verapamil on the transport of peptides across the blood-brain barrier in rats: Kinetic evidence for an apically polarized efflux mechanism. *J Pharmacol Exp Ther*. 1995;273(1):298-303.

183. Sudoh M, Pauletti GM, Yao W, Moser W, Yokoyama A, Pasternak A, Sprengeler PA, Smith 3rd AB, Hirschmann R, Borchardt RT. Transport characteristics of peptidomimetics. Effect of the pyrrolinone bioisostere on transport across Caco-2 cell monolayers. *Pharm Res*. 1998;15(5):719-725.

184. Gao J, Murase O, Schowen RL, Aube J, Borchardt RT. A functional assay for quantitation of the apparent affinities of ligands of P-glycoprotein in Caco-2 cells. *Pharm Res*. 2001;18(2):171-176.

185. Gao J, Sudoh M, Aube J, Borchardt RT. Transport characteristics of peptides and peptidomimetics: I. N-methylated peptides as substrates for the oligopeptide transporter and P-glycoprotein in the intestinal mucosa. *J Pept Res*. 2001;57(4):316-329.

186. Gao J, Winslow SL, Vander Velde D, Aube J, Borchardt RT. Transport characteristics of peptides and peptidomimetics: II. Hydroxyethylamine bioisosterecontaining peptidomimetics as substrates for the oligopeptide transporter and P-glycoprotein in the intestinal mucosa. *J Pept Res*. 2001;57(5):361-373.

187. Tamura K, Lee CP, Smith PL, Borchardt RT. Effect of charge on oligopeptide transporter-mediated permeation of cyclic dipeptides across Caco-2 cell monolayers. *Pharm Res*. 1996;13(11):1752-1754.

188. Tamura K, Bhatnagar PK, Takata JS, Lee CP, Smith PL, Borchardt RT. Metabolism, uptake, and transepithelial transport of the diastereomers of Val-Val in the human intestinal cell line, Caco-2. *Pharm Res*. 1996;13(8):1213-1218.

189. Tamura K, Lee CP, Smith PL, Borchardt RT. Metabolism, uptake, and transepithelial transport of the stereoisomers of Val-Val-Val in the human intestinal cell line, Caco-2. *Pharm Res*. 1996;13(11):1663-1667.

190. Knipp GT, Ho NF, Barsuhn CL, Borchardt RT. Paracellular diffusion in Caco-2 cell monolayers: Effect of perturbation on the transport of hydrophilic compounds that vary in charge and size. *J Pharm Sci*. 1997;86(10):1105-1110.

191. Li J, Tamura K, Lee CP, Smith PL, Borchardt RT, Hidalgo IJ. Structure-affinity relationships of Val-Val and Val-Val-Val stereoisomers with the apical oligopeptide transporter in human intestinal Caco-2 cells. *J Drug Target*. 1998;5(5):317-327.

192. Pauletti GM, Okumu FW, Borchardt RT. Effect of size and charge on the passive diffusion of peptides across Caco-2 cell monolayers via the paracellular pathway. *Pharm Res*. 1997;14(2):164-168.

193. Borchardt RT. Physicochemical and biochemical factors that influence the oral delivery of peptide mimetics. In: Kaumaya PTP, Hodges RS, eds. *Peptides: Chemistry, structure and biology*. Leiden, The Netherlands: Escom Science Publishers; 1996:902-904.

194. Conradi RA, Burton PS, Borchardt RT. Physicochemical and biological factors that influence a drug's cellular permeability by passive diffusion. In: Pliska V, Testa B, Waterbeend HV, eds. *Lipophilicity in drug action and toxicity*. Weinheim, Germany: VCH Weinheim; 1996:233-252.

195. Pauletti GM, Gangwar S, Knipp GT, Nerurkar MM, Okumu FW, Tamura K, Siahaan TJ, Borchardt RT. Structural requirements for intestinal absorption of peptide drugs. *J Control Release*. 1996;41(1-2):3-17.

196. Burton PS, Conradi RA, Ho NF, Hilgers AR, Borchardt RT. How structural features influence the biomembrane permeability of peptides. *J Pharm Sci*. 1996;85(12):1336-1340.

197. Borchardt RT, Kerns EH, Lipinski CA, Thakker DR, Wang B, eds. *Pharmaceutical profiling in drug discovery for lead selection*. Arlington, Virginia: AAPS Press; 2004.

198. Borchardt RT, Kerns EH, Thakker DR, Hageman MJ, Stevens JL, eds. *Optimization of the drug-like properties of leads*. Arlington, Virginia: AAPS Press; 2006.

199. Borchardt RT, Freidinger RM, Sawyer TK, Smith P, eds. *Integration of pharmaceutical discovery and development: Case histories*. New York: Plenum Press; 1998.

200. Stella V, Borchardt RT, Hageman M, Maag H, Oliyai R, Tilley J, eds. *Prodrugs: Challenges and rewards (part I)*. Arlington, Virginia: AAPS Press; 2007.

201. Stella V, Borchardt RT, Hageman MJ, Maag H, Oliyai R, Tilley J, eds. *Prodrugs: Challenges and rewards (part II)*. Arlington, Virginia: AAPS Press; 2007.

202. Pauletti GM, Gangwar S, Siahaan TJ, Aube J, Borchardt RT. Improvement of oral peptide bioavailability: Peptide mimetics and prodrug strategies. *Adv Drug Deliv Rev*. 1997;27:235-256.

203. Amsberry KL, Borchardt RT. The lactonization of 2'-hydroxyhydrocinnamic acid amides: A potential prodrugs for amides. *J Org Chem*. 1990;55:5867-5877.

204. Wang B, Liu S, Borchardt RT. Development of a novel redox-sensitive protecting group for amines which utilizes a facilitated lactonization reaction. *J Org Chem*. 1995;60:539-543.

205. Gray RA, Vander Velde DG, Burke CJ, Manning MC, Middaugh CR, Borchardt RT. Delta-sleep-inducing peptide: Solution conformational studies of a membrane-permeable peptide. *Biochemistry*. 1994;33(6):1323-1331.

206. Liederer BM, Fuchs T, Vander Velde D, Siahaan TJ, Borchardt RT. Effects of amino acid chirality and the chemical linker on the cell permeation characteristics of cyclic prodrugs of opioid peptides. *J Med Chem*. 2006;49(4):1261-1270.

207. Borchardt RT. Optimizing oral absorption of peptides using prodrug strategies. *J Control Release*. 1999;62:231-238.

208. Wang W, Borchardt RT, Wang B. Orally active peptidomimetic RGD analogs that are glycoprotein IIb/IIIa antagonists. *Curr Med Chem*. 2000;7(4):437-453.

209. Wang W, Camenisch G, Sane DC, Zhang H, Hugger E, Wheeler GL, Borchardt RT, Wang B. A coumarin-based prodrug strategy to improve the oral absorption of RGD peptidomimetics. *J Control Release*. 2000;65(1-2):245-251.

210. He HT, Xu CR, Song X, Siahaan TJ. Synthesis of cyclic prodrugs of RGD peptidomimetics with various macrocyclic ring sizes: Evaluation of physicochemical, transport and antithrombic properties. *J Pept Res*. 2003;61(6):331-342.

211. Song X, Xu CR, He HT, Siahaan TJ. Synthesis of a novel cyclic prodrug of RGD peptidomimetic to improve its cell membrane permeation. *Bioorg Chem*. 2002;30(4):285-301.

212. Song X, He HT, Siahaan TJ. Synthesis of cyclic prodrugs of Aggrastat and its analogue with a modified phenylpropionic acid linker. *Org Lett*. 2002;4(4):549-552.

213. Usdin E, Borchardt RT, Creveling CR, eds. *Transmethylations*. New York: Elsevier North Holland; 1979.

214. Usdin E, Borchardt RT, Creveling CR, eds. *The biochemistry of S-adenosylmethionine and related compounds*. London, UK: Macmillan Press; 1982.

215. Borchardt RT, Creveling CR, Ueland PM, eds. *Biological methylation and drug design—Experimental and clinical roles of S-adenosylmethionine*. Clifton, New Jersey: Humana Press; 1986.

216. Borchardt RT, Repta A, Stella V, eds. *Directed drug delivery: A multidisciplinary problem*. Clifton, New Jersey: Humana Press; 1985.

# EXHIBIT D
## REDACTED