# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ONYX THERAPEUTICS, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 16-988-LPS |
| : | |
| CIPLA LIMITED, et al., : | **(CONSOLIDATED)** |
| : | |
| Defendants. : | |

## ORDER

At Wilmington this **17th** day of **January, 2020**:

Having reviewed the parties' stipulation of December 5, 2019 (D.I. 541), and the Court having evaluated its current schedule and other commitments, the parties are advised that the Court's present expectation is that it will issue its post-trial opinion by on or about March 31, 2020.

**IT IS FURTHER ORDERED** that the parties shall meet and confer and, no later than **January 23, 2020**, advise the Court as to whether: (i) the Court's anticipated timing impacts the parties' agreement noted in the stipulation; and (ii) whether there is any objection to the Court unsealing this Order.

HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT COURT