**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ONYX THERAPEUTICS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 16-988 (LPS) |
| v. | ) CONSOLIDATED |
| | ) |
| CIPLA LIMITED, et al., | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] FINAL JUDGMENT**

This action, having been tried before the Court from May 6 through May 16, 2019, Honorable Leonard P. Stark, Chief District Judge presiding, the evidence and testimony of witnesses of each side having been heard and a decision having been rendered:

**IT IS HEREBY ORDERED AND ADJUDGED** this 13th day of May 2020, for the reasons set forth in the Opinion dated May 4, 2020 (D.I. 546) that:

1.  Judgment is entered in favor of Plaintiff Onyx Therapeutics, Inc. ("Plaintiff") and against defendants Cipla Limited and Cipla, USA, Inc. (collectively, "Cipla") on Plaintiff's claim that the commercial manufacture, use, offer for sale, sale, and/or importation into the United States of the proposed generic carfilzomib product that is the subject of Cipla's Abbreviated New Drug Application ("ANDA") No. 209479, including any amendments or supplements thereto, would infringe the asserted claims of Onyx's U.S. Patent Nos. 7,417,042 ("the '042 Patent") (claims 23 and 24), 8,207,125 ("the '125 Patent") (claim 1), 7,737,112 ("the '112 Patent") (claims 31 and 32) (collectively, "the Asserted Patents") (*see* D.I. 218; Order (May 31, 2018)).

2.  Judgment is entered in favor of Plaintiff and against Cipla on Cipla's counterclaim for invalidity of claims 23 and 24 of the '042 Patent, claim 1 of the '125 Patent, and claim 31 of

the '112 Patent. Judgment is entered in favor of Plaintiff and against Cipla on Cipla's counterclaims for unenforceability of the Asserted Patents and Cipla's equitable defenses. Trial Tr. 1120.

3. Judgment is entered in favor of Cipla and against Plaintiff on Cipla's counterclaim for invalidity of claim 32 of the '112 Patent.

4. Pursuant to 35 U.S.C. § 271(e)(4)(A), it is hereby ordered that the effective date of any final approval by the Food and Drug Administration ("FDA") of Cipla's ANDA No. 209479, including any amendments or supplements thereto, is to be a date not earlier than the date of expiration of the last to expire of the '042 Patent inclusive of the patent term extension granted under 35 U.S.C. § 156, the '125 Patent, and the '112 Patent, inclusive of the patent term adjustment granted under 35 U.S.C. § 154 (currently **December 7, 2027**), plus any regulatory exclusivity (including pediatric exclusivity) to which Plaintiff is or becomes entitled. Cipla shall notify the FDA of this judgment within two (2) business days of its entry.

5. Pursuant to 35 U.S.C. § 271(e)(4)(B), Cipla and its officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them are hereby enjoined from manufacturing, using, offering to sell, or selling within the United States, or importing into the United States, Cipla's proposed generic carfilzomib product that is the subject of Cipla's ANDA No. 209479, including any amendments or supplements thereto, during the term of the '042 Patent inclusive of the patent term extension granted under 35 U.S.C. § 156, the '125 Patent, and the '112 Patent, inclusive of the patent term adjustment granted under 35 U.S.C. § 154 (currently **December 7, 2027**).

AGREED TO:

<table>
<tr><td>

Morris, Nichols, Arsht & Tunnell LLP

/s/
Jack B. Blumenfeld (#1014)
Karen Jacobs (#2881)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
kjacobs@mnat.com
mdellinger@mnat.com

OF COUNSEL:
Lisa B. Pensabene
Hassen Sayeed
Will Autz
Margaret O'Boyle
Caitlin P. Hogan
Carolyn Wall
Eberle Schultz
James Yi Li
Samantha M. Indelicato
Mark A. Hayden
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
(212) 326-2000

Meng Xu
O'MELVENY & MYERS LLP
Newport Center Drive, 17th Floor
Newport Beach, CA 92660
(949) 823-6900

Wendy A. Whiteford
Brian Kao
C. Nichole Gifford
Joseph Lasher
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
(805) 447-1000

</td><td>

Greenberg Traurig, LLP

/s/
Benjamin J. Schladweiler (#4601)
The Nemours Bldg.
1007 North Orange Street
Suite 1200
Wilmington, DE 19801
(302) 661-7355
schladweiler@gtlaw.com

OF COUNSEL:
Gurpreet Singh Walia, M.D. Esq.
Fisher Broyles LLP
445 Park Avenue, Ninth Floor
New York, NY 10022
(516) 996-1100
Gurpreet.Walia@fisherbroyles.com

*Attorneys for Defendants Cipla Limited and Cipla USA, Inc.*

</td></tr>
</table>

John R. Labbé
Kevin M. Flowers
Thomas R. Burns
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606
(312) 474-6300

*Attorneys for Plaintiff Onyx Therapeutics, Inc.*

SO ORDERED this  15th  day of May 2020.

_____
LEONARD P. STARK, CHIEF DISTRICT JUDGE