# United States Court of Appeals for the Federal Circuit

_____

**ONYX THERAPEUTICS, INC.,**
*Plaintiff-Appellee*

v.

**CIPLA LIMITED, CIPLA USA, INC.,**
*Defendants-Appellants*

_____

2020-1875
_____

Appeal from the United States District Court for the District of Delaware in No. 1:16-cv-00988-LPS, Chief Judge Leonard P. Stark.

_____

**MANDATE**
_____

In accordance with the judgment of this Court, entered March 8, 2021, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

April 30, 2021   /s/ Peter R. Marksteiner
            Peter R. Marksteiner
            Clerk of Court