Original Filing Date: May 14, 2021<br>
Redacted Filing Date: May 21, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ONYX THERAPEUTICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 16-988 (LPS) |
| | ) | |
| v. | ) | CONSOLIDATED |
| | ) | (for discovery purposes only) |
| CIPLA LIMITED and CIPLA USA, INC., | ) | |
| | ) | **REDACTED -** |
| Defendants. | ) | **PUBLIC VERSION** |

## DECLARATION OF KAREN JACOBS
## IN SUPPORT OF ONYX THERAPEUTICS, INC.'S BILL OF COSTS

I, Karen Jacobs, declare as follows:

1. I am a partner with the law firm of Morris, Nichols, Arsht & Tunnell LLP, counsel of record in this action for Plaintiff Onyx Therapeutics, Inc. ("Onyx"). I submit this declaration in support of Onyx's Bill of Costs filed concurrently herewith pursuant to 28 U.S.C. § 1920.

2. I have reviewed the records maintained by Morris, Nichols, Arsht & Tunnell LLP, by O'Melveny & Myers LLP, by Marshall, Gerstein & Borun LLP, and by Amgen Inc. of the costs and expenses incurred by Onyx in this matter. The costs included in Onyx's Bill of Costs are correctly stated and were necessarily incurred in this action. Furthermore, the services for which fees have been charged were actually and necessarily performed.

3. Attached hereto as Exhibit A are a schedule and supporting documentation of invoices of clerk fees incurred by Onyx in connection with this matter.

4. Attached hereto as Exhibit B are a schedule and supporting invoices for the fees incurred by Onyx for court transcripts.

5. Attached hereto as Exhibit C are a schedule and supporting invoices for deposition costs incurred by Onyx in connection with the depositions necessarily obtained for use in this case.

This includes costs for transcripts and/or video recordings of witnesses who testified at trial (either live or by designation) and costs for transcripts of witnesses who did not testify at trial but whose testimony was otherwise necessarily obtained.

6. Attached hereto as Exhibit D are a schedule and supporting invoices for witness-related costs incurred by Onyx in connection with witness attendance fees, travel expenses, and subsistence allowances.

7. Attached hereto as Exhibits E, F and G are a schedule and supporting invoices for exemplification, printing and copying done in connection with this litigation.  This includes converting documents to the parties' agreed-upon production format, endorsing trial exhibits, copying potential trial exhibits, and printing witness binders for use at trial.  This does not include the meal and travel costs charged by Impact Trial Consulting LLC.  This also does not include the cost to rent a printer from the Court.

8. Attached hereto as Exhibit H are a schedule and supporting invoices for costs of certified file wrappers.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and ability.

Executed on May 14, 2021 in Wilmington, Delaware.

*/s/ Karen Jacobs*
Karen Jacobs (#2881)