IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ONYX THERAPEUTICS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 16-988 (LPS) |
| v. | ) |
| | ) CONSOLIDATED |
| CIPLA LIMITED and CIPLA USA, INC., | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF ONYX THERAPEUTICS, INC.'S**
**MOTION FOR REVIEW OF TAXATION OF COSTS**

Pursuant to Fed. R. Civ. P. 54(d)(1) and District of Delaware Local Rule 54.1(d), Onyx Therapeutics, Inc. ("Onyx") respectfully moves for this Court to review the Taxation of Costs by the Clerk of Court (D.I. 564) and to award $657,549.67 of the costs requested in Plaintiff's Bill of Costs (D.I. 557). The basis for this Motion is set forth in the accompanying opening brief and supporting papers previously filed with the bill of costs.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

_____
Jack B. Blumenfeld (#1014)
Karen Jacobs (#2881)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
kjacobs@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiff*

OF COUNSEL:

Lisa B. Pensabene
Hassen Sayeed
Will Autz
Margaret O'Boyle
Caitlin P. Hogan
Carolyn Wall
Eberle Schultz
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
(212) 326-2000

Jenny Liu
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
(415) 984-8700

Meng Xu
O'MELVENY & MYERS LLP
Newport Center Drive, 17th Floor
Newport Beach, CA 92660
(949) 823-6900

Wendy A. Whiteford
Brian Kao
C. Nichole Gifford
Joseph E. Lasher
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
(805) 447-1000

John R. Labbé
Kevin M. Flowers
Thomas R. Burns
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL  60606
(312) 474-6300

June 10, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 10, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Benjamin J. Schladweiler, Esquire<br>Samuel L. Moultrie, Esquire<br>GREENBERG TRAURIG, LLP<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE  19801<br>*Attorneys for Defendants Cipla Limited and Cipla USA, Inc.* | *VIA ELECTRONIC MAIL* |
| Gurpreet (Ray) S. Walia, Esquire<br>FISHER BROYLES<br>100 Duffy Street, Suite 510<br>Hicksville, NY  11801<br>*Attorneys for Defendants Cipla Limited and Cipla USA, Inc.* | *VIA ELECTRONIC MAIL* |
| Joseph Schramm, III, Esquire<br>FISHERBROYLES LLP<br>100 Overlook Center, 2nd Floor<br>Princeton, NJ  08540<br>*Attorneys for Defendants Cipla Limited and Cipla USA, Inc.* | *VIA ELECTRONIC MAIL* |
| Gary Ji, Esquire<br>FISHERBROYLES LLP<br>445 Park Avenue, 9th Floor<br>New York, NY  10022<br>*Attorneys for Defendants Cipla Limited and Cipla USA, Inc.* | *VIA ELECTRONIC MAIL* |

Richard G. Greco, Esquire  
RICHARD G. GRECO PC  
157 West Meadows Drive  
Rochester, NY  14616  
*Attorneys for Defendants Cipla Limited and Cipla USA, Inc.*

*VIA ELECTRONIC MAIL*

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)