IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ONYX THERAPEUTICS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 16-988 (VAC) |
| ) | |
| CIPLA LIMITED and CIPLA USA, INC., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the deadline for the parties to submit the Notice of Consent or Absence of Consent to Proceed Before a United States Magistrate Judge (*see* D.I. 569) is extended until July 19, 2022.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | GREENBERG TRAURIG, LLP |
| */s/ Megan E. Dellinger* | */s/ Benjamin J. Schladweiler* |
| Jack B. Blumenfeld (#1014) | Benjamin J. Schladweiler (#4601) |
| Karen Jacobs (#2881) | The Nemours Building |
| Megan E. Dellinger (#5739) | 1007 North Orange Street, Suite 1200 |
| 1201 North Market Street | Wilmington, DE 19801 |
| P.O. Box 1347 | (302) 661-7394 |
| Wilmington, DE 19899 | schladweilerb@gtlaw.com |
| (302) 658-9200 | |
| jblumenfeld@morrisnichols.com | *Attorneys for Defendants Cipla Limited and* |
| kjacobs@morrisnichols.com | *Cipla USA, Inc.* |
| mdellinger@morrisnichols.com | |
| | |
| *Attorneys for Onyx Therapeutics, Inc.* | |

SO ORDERED this __13th__ day of __July__, 2022.

/s/ Richard G. Andrews
───────────────────────────
United States District Judge